E-FILED
Wednesday, 09 January, 2008 01:37:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JAN - 9 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

EDDie J. Sykes
       Plaintiff                )
                                )
                                )
       vs.                      )        Case No. _____
                                )
Bashir Ameji, Linda Daily       )
Mary Miller, John Warden Chambers )
Tina Miles, (Officer Doe Steltyer) )
John Officer Doe Williams)      )
       Defendant(s)             )

## COMPLAINT

☑   42 U.S.C. §1983 (suit against state officials for constitutional violations)

o   28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐   Other _____

*Please note: nZ!S !oiln has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, **EDDie J. Sykes**, and states as follows:

My current address is: **Menard Correctional Center.
P.O. 1/1 Kaskaskia Street, Menard, Illinois 62259**

The defendant **Bashi'r Ameji**, is employed as **Danville Correctional center**
**Doctor** at **3820 East main St Danville Illinois (61834)**

The defendant **Linda Daily**, is employed as **Danville Correctional center,**
**Registered Nurse** at **3820 East main St Danville Illinois (61834)**

The defendant **Mary Miller**, is employed as **Danville Correctional center**
**Health care Administrator** at **3820 East main St Danville Illinois, 61834**

The defendant **Tina Miles**, is employed as **Danville Correctional center**
**L.P.N. Nurse** at **3820 East main St Danville Illinois 61834**

(revised 9/96)

Defendant: Tim Miles; Title: LPN
Place of Employment: Danville C.C. 3820 E. Main St Danville IL, 61834
Defendant: Jhohn Doe Steltyer; Title: Officer
Place of Employment: Danville C.C. 3820 E Main St Danville, IL, 61834
Defendant: John Chambers; Title: Warden
Place of Employment: Danville C.C. 3820 E. Main St Danville IL 61834
Defendant: John Doe Williams; Title: Assistant Warden
Place of Employment: Danville C.C. 3820 E. Maint St Danville IL, 61834
Defendant: Fred M. Barefield; title: Sgt.
Place of Employment: Danville C.C. 3820 E. Maint St Danville. IL, 61834
Defendant: Robert Nelson; Title: Nurse
Place of Employment: Danville C.C. 3820 E. Main St Danville IL, 61834

Defendant _John Doe, Steltyer_, is employed as _Donville Correctional center officer_ at _3820. East main St Donville, Illinois 61834_

Additional defendants and addresses

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?  Yes  o            No  0

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

                Yes  ☐            No  0

C. If your answer to B is yes, how many? ___ ___ ___ Describe the lawsuit in the space below.. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) _____

      Defendant(s) _____

      _____

   2. Court (if federal court, give name of district; if state court, give name of county)

_____

   3. Docket Number/Judge

2

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☒   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

JURY DEMAND           Yes  O                                No  D

Signed this __7th__ day of __January__, 19__08__

__Eddie J. Sykes__
( Signature of Plaintiff)

| Name of Plaintiff: Eddie J. Sykes | Inmate Identification Number: R22570 |
|---|---|
| Address: Menard C.C. P.O. 711 Kaskaskia Street, Menard, Ill, 62259 | Telephone Number: |

6

## STATEMENT OF CLAIM

Place of the occurrence __Danville Correctional Center, 3820 E main St Danville IL 61834__

Date of the occurrence __8-26-06 and 11-13-06__

Witnesses to the occurrence __Mary Miller   Linda Daily  Tina Miles   John Doe Steltyer__

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

While at Stateville and 2003 Dr. Richardson diagnosed me with a Elarged Prostate Problem and med Tech Thompson or Thomas witnessed to Dr. Richardson tell me that I have a Elarged Prostate Problem He also heard her tell me that she was going to write a referred to send me to a outside Hospital before the Problem get to serious I was sent a call pass 3-weeks late to go to Health care and Stateville call Line when I got there med Tech Thompson or Thomas and a Dr. Travis was waiting for me I ask med Tech Thompson or Thomas were are Dr. Richardson He told me She ain't work here no more I ask him what about the Referral She wrote he told me that it a dead issue ain't nothing happened he said it over with that when Dr. Travis examined me and he told me that I didn't have a Prostate Problem and at 9-9-04 I was Transferred to Danville C.C. at which time Dr. Mary Menu Also Diagnosed me with a Significant Prostate Problem And had me examined at an outside Hospital the Attending physician reported negative results However My evacuation difficulties

4

persisted in 2005 On May Menu was replaced by Dr. Shoot who Also Diagnosed with A Significant Prostate Problem indicating that the outside physician Diagnosis was wrong at one point I was Prescribed medication that enabled me to defecate and made it easier to urinate Subsequently Dr. Ameji took me off that medication and prescribed medication that does not help me I Haven't Had A decent Or proper bowel movement for over 3-weeks And I Have to force myself to urinate I Am in pain yet Dr. Ameji Does nothing But give Me A Hard time refuses to Prescribe useful medication, dliams I Have no Prostate Problem And Sent me to the Psych Doctor I went to Healthcare on 8-9-06 And 8-10-06 Dr. Ameji refuses to take Any Action that Helps me yet 3-physicians And evacuation Problems indicate A SubstAntial Problem I Am Sure Dr. Ameji will make Some Statement Justifying His Position or Lack of Actions But this will no! And does not change the facts of this matter those Being 3-Prostate Problem diagnosises And defication urination Problems please do not Allow this Problem to Persist simply by Putting creedence into the Statement or claims of the person who is being complained About Please Address And Solve this Problem, I Say this because I Have Already written grievance which rendered no result And I know of many people who are experiencing problems with this Doctor this is A Serious Problem that need to be Addressed not Just Swept under the rug.

e. 8

On 11-13-06 at approximately time 9:30 AM I had a appointment to Health care to see Dr. Ameji About an ongoing Prostate Problem which numerous Doctors deem A Serious Problem I Have informed Dr. Ameji About the complicated Problems of urinatin and no bowel movement for numerous days. I Ask this Doctor for a simple over the counter Dulcolax Stool Softer which was prescribed ne f that worked eat this Doctor became late. ellin don't threaten me I Am the Doctor As I stood to leave Doctor Ameji pushed me at this time I noticed H.C.U.A mary miller so I called her to inform her of the actions of her Doctor At this time Dr. Ameji again pushed me And said you don't talk to her as I looked around I noticed L.P.N Tina miles, R.N. Linda Daily L.P.N. Paula And Pharmacist Stephanie and c/o Steltyer watching this horrible action take Place I have lost considerable weight And I Am constantl wea ad in pain there is no possible way I could even atch the Strength of this Doctor in a pushing match why would I a Patient of possible Prostate cancer and colon cancer which test has been taken but et not etermen What's wrong with me the hand thats su ose to be hel in me in al fairness to me and ever one involved I /rke for all of us to take A Polygraph test fa Prove m Innocence once and for all this would include mary miller because she was right in front of us when this happened and c/o Steltyer. All I would like is Medical attention to heal m achin bod on 11-26-06 I had the chance to s eak to L.P.N Pau a we s ke casuall About the incident which occurred at Health care on 11-13-06 where Dr. Ameji Ph si eall Assaulted me as I brought up the Subject of the incide f urse ou a caught on to the question and because S t Bosfield

Continued on rever side

was listening said I dOn!!'t want to get involved | Pge.#9
with that on the 11-13-06 same day that was at
Health care incident occurred Dr. Ameji assault me
and I was took to segregation Dr. Ameji //edon me
Dr. Ameji wrote me a ticket for intimidation and
threats this was done because I used the grievance
Procedure against him And as a result was placed in
segregation for a period of 2 months 2 months C-grade
2 Months commissary restriction And a dicsplinary
transfer And another reason why this ticket was
issued against me was to cover up for the Assault and
Battery that he committed against me when he pushed
and Jho/ved me numerous times. I would like to
take A PalygrAph test to get to the truth.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Adequate medical treatment, I would like to be writt to an outside Hospital for the proper treatment for my condition concerning A Enlarged prostate which was DiAgnosed by four different Doctors. And I would like to be compensated for pain and suffering, Emotional distress physical distress In compensatory damages and punitive damages to deterred them from this in the near future.

___

___

___

**JURY DEMAND**      Yes  D               No  0

Signed this __7th__ day of __January__, 19 __08__.

_Eddie J. Sykes_
( Signature of Plain/iff )

| Name of Plaintiff: Eddie J. Sykes | Inmate Identification Number: R225 J |
| Address: Menard c.c. P.O. 711 Kaskaskia Street Menard IL, 62259 | Telephone Number: |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: **Aykes** (Last Name) **Eddie** (First Name) MI **R22570** (ID#)

Facility: **SHA**

☒ Grievance (Local Grievance # (if applicable): _____ or ☐ Correspondence

Received: **12, 8, 06** (Date)  Regarding: **Medical**

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___ / ___ / ___

☐ No justification provided for additional consideration.

Other (specify): **CAO Signed 10/11/06**

Completed by: **Melody J. Ford** (Print Name)  Signature: **Melody J. Ford**  Date: **12, 14, 06**

Distribution: Offender: Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1214)

yes I Have A Emergency (writting) grievance to 1-7-08 the warden and Danville who was John chambers He sent the grievance to the counselor. the counselor sent fa Mary miller Health care Administrator I ask Mary miller about the grievance one day and she told me she give Doctor Ameji the grievance I ask Dr. Ameji about the grievance He said he was not tell me nothing I wrote the grievance on 8-26-06 the grievance officer's Report they got the grievance 10-10-06 they send the grievance back to me after they hold for so long I sent the grievance out to Administrative Board after the grievance officer's deny and Danville the Administrative Review Board sent the grievance back they said it was not submitted in the timeframe outlined I send the original copy of the grievance to Dorothy Brown, clerk of Circuit court of cook county on the 10-18-07 ask her for her help I wrote her back on 11-25-07 ask her about my grievance I have not got a respond I'm in menard c.c and I'm still suffering and pain I need medical help I wrote menard trust fund 4 time ask them for A certified Print-out of All TransAttach for my account for the

furme over on back →

six months. they refuse to sent me the six months they sent me A ~~in~~ inmate Transaction Statement for the last past 3-month it was two grievance I send to Dorothy Brown

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

Grievance Officer's Report

Received: 10/11/06   Date of Review: 10/10/06   Grievance # (optional)

_____ Syko _____   ID#: IC 22572

Nature of Grievance: Medical Treatment

Issues Reviewed: Inmate alleges that he has been diagnosed a prostate problem which causes problems ... Ameri refuses to adequately address this issue.

Per Healy, appropriate tests and treatment have been ordered to diagnose and treat the inmates medical issues

_____ Grievance ... _____
... inmate ... reviewed by Medical Staff

A. Leavitt
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

Date Received: 1f/11/06   ☑ I concur   ☐ I do not concur   ☐ Remand

Comments:

_____ Chambers _____   10/11/06
Chief Administrative Officer's Signature

**Offender's Appeal To The Director**

Offender's Signature   ID#   Date

OFFICE OF INMATE ISSUES