# United States District Court

_central_ DISTRICT OF _Illinois_

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

v.

CASE NUMBER:

I, _Eddie J. Sykes_, declare that I am the (check appropriate box)

☒ petitioner/plaintiff    ☐ movant (filing 28 U.S.c. 2255 motion)

☐ respondent/defendant    ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes ☐    No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐    No ☒
   b. Rent payments, interest or dividends                     Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐    No ☒
   d. Gifts or inheritances?                                   Yes ☐    No ☒
   e. Any other sources?                                       Yes ☐    No ☒

E-FILED
Wednesday, 09 January, 2008 03:40:35 PM
Clerk, U.S. District Court, ILCD

FILED
JAN - 9 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐    No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and *indicate* how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1-7-08
               (Date)                         *Eddie J. Jeffries*
                                              Signature of Applicant

## CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following *securities* to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

## ORDER Of COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____<br>*United States Judge* | _____   _____<br>*United States Judge*          Date<br>*or Magistrate* |

CERTIFICATE

TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER

I hereby certify that the plaintiff or petitioner in this action has the sum of $ _____ in his trust fund account at this correctional center where he is confined.

I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____

_____

_____
Authorized officer

_____
Institution

_____
Title

_____
Date

**IMPORTANT:**

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

Date: 12/14/2007
Time: 11:47:17
CHAMP

2:08-cv-02010-MPM-DGB #2 Page 4 of 5

Menard Correctional Center
Trust Fund
Inmate Transaction Statement
10/15/2007 to 12/14/2007

Page 1 of 1

Inmate: R22570 Sykes, Eddie J.  Housing Unit: MEN-N2-GS-14

| | |
|---|---:|
| Total Inmate Funds: | -.39 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | -.39 |
| Total FUrloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

*Central
US District*

# APPLICATION TO PROCEED IN FORMA PAUPERIS

The federal court will waive the payment of fees if you meet the standard for indiqency and complete an application to proceed in forma pauperis.

Attached. is a qeneric application to prooeed in forma pauperis that can be used in any federal distriot oourt. If, however, you want to use the form generated and supplied by a particular distriot court' refer to the paokaqe for the individual distriots oontained in this seotion.

NOTE: Form is not available from the librarian's disc only from the hard oopY masters. Forms oan not be reproduoed in computer format identical to original so it is recommended to use original.