


# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

January 9, 2008

                Re:  EDDIE  J. SYKES,  R22570
                Case No. 08-1011

Trust Fund Department
Menard Correctional Center
PO Box 711 Kaskaskia St.
Menard,  IL. 62259

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.   In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **7/9/7 to 1/9/8**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

        United States District Court
        Central District Of Illinois
        309 Federal Building
        100 N.E. Monroe
        Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

                Sincerely,

                Pamela E. Robinson
            s/H. Kallister
              Clerk, U.S. District Court

cc: Inmate