Dear U.S. District court    my name    1-14-08
is Eddie Sykes R22570 and my case
number is 08-2010 in urbana Divison
I had submitted a civil rights complaint
on Ameji and Danville c.c. and it was
Transfer to Urbana Divison I'm trying
to find out is the case still pending
because if it is I would like to know
could the court Please appoint counsel
to represent me because I'm not
experienced at litigating myself I
need some help preparing this case

Thank you

Sincerely,

Eddie Sykes
case no. 08-2010

**FILED**

JAN 17 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS