FILED
JAN 2 8 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Pamela Robinson I'm write 1-11-08 the clerk of the court to let you know I received your letter I'm also write the clerk of the court to let you know I'm Eddie J. Sykes and my case No. case No. 08-1011 I'm also write to let you know I have received my Trust Fund Inmate Transaction Statement for menard c.c. they sent it to me and I'm sent it to you

Thank you

Sincerely Eddie Sykes