Eddie Sykes    Case no 2:08-cv-2010

I would like to informed Chief Judge Michael P. McCuskey and Magistrate Jude David G. Bernthal that I have Filed A civil Rights complaint on 1-25-08 on SHAWNee c.c. I sent it to U.S. District Court Southern District of Illinois federal Building, 750 missouri Ave E. St. Louis, IL 62201 it A about the Same complaint I filed on Danville but I'm filed A civil Rights complaint on SHAWNee c.c. and I would like to let the court know that I had filed the complain of SHAWNee ~~Danville~~ c.c. employees I sent the complaint off on 1-25-08 to Southeren District and I sent the letter off 1-25-08 ~~to let the court~~ ~~know know~~ I would like to let the court know that I had fied civil Right complaint on SHAWNee c.c. and sent it to U.S District court 1-25-08 and I would like to let the court know that I'm and Menard c.c. and Doctor A, Fehnerman and Doctor Mikh Magdel Refuse to give me proper medical treatment for my Prostat I need outside Hospital medical treatment    Thank you  Sincerely   Eddie Sykes

FILED
JAN 31 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS