2:08-cv-02010-MPM-DGB   # 11   Page 1 of 1                         E-FILED
                                                                  Monday, 04 February, 2008  03:12:11 PM
                                                                  Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>EDDIE SYKES v BASHIR AMEJI, ET AL | CASE NO.<br><br>08-2010 | Beginning Date of Trial:<br>2/21/08 | Type of Trial:<br><br>Length of Trial: days |
|---|---|---|---|

**TO: THE WARDEN OF MENARD**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Eddie Sykes | R 22570 | MENARD | 2/21/08 | 2:15 - 3:30 |
| Chief Judge McCuskey | N/A | URBANA COURTROOM 2 | 2/21/08 | 2:15 - 3:30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: February 4, 2008                    PAMELA E. ROBINSON, CLERK
                                           UNITED STATES DISTRICT COURT

                                           BY:    s/K. Wynn
_____
                                                  DEPUTY CLERK

cc: Eddie Sykes

Format and wording approved by IDOC Legal Counsel 2/11/98