E-FILED
Tuesday, 05 February, 2008  04:11:27 PM
Clerk, U.S. District Court, ILCD

```
        RECEIPT FOR PAYMENT
        U.S. DISTRICT COURT
           URBANA DIVISION

                                   U006229

     RECEIVED FROM:
     MENARD CORRECTIONAL CENTER
     INMATE TRUST FUND
     MENARD, IL 62259


     Case Number: 08-2010


     F/U/B/O:
     Party ID:R22570
     SYKES, EDDIE J

     Tender Type:         CHECK
     08-5100PL                   $6.87
     Prisoner Filing-5100PL

     Remarks:

          Subtotal:              $6.87


     Receipt Total:              $6.87

     * Checks and drafts are accepted
     subject to collections and full
     credit will only be given when
     the check or draft has been
     accepted by the financial
     institution on which it was drawn.

        Date:   2/4/08
        Clerk:
                  MTU
```