pge 1  I would like to Informed the chief 2-1-08 Judge Michael P. McCuskey and Magistrate Judge David G. Bernthal about my medical Problem I Have A Enlarge Prostate Problem I need to be treat I'M and Menard C.C. and Dr. Feinerman and Dr. MAgdel and Nurse Pract R. Pollion Refused to give me proper medical treatment and proper medication they keep giving me medication is not happen me at all They give me TERAZosin 1mg capsule generic for: HyTrin 1mg capsule and 2mg terAzosin and they say it 3mg for my Prostate Problem I told them that I was tokeing 5mg Hytrin and it was working I told them that I'm and pain and suffering and I need outside Hospital medical treatment I would like let the court know these are my Symptomas are caused by Enlargement of the prostate I'm having difficulty staring urination poor flow of urine and increased frequency of urination Eventually the flow of urine may cease completely either becaye the urethra is completely blocked or because the cancer has spread to the bladder and ureters in advanced cases, pain may be caused by involvement of nerves within the Pelvis or by spread of cancer to bones any where in the body

page 2. Diagnosis- Cancer of the prostate is usually 2-1-08 diagnosed at a physical examination in which the physician feels the prostate through the rectum; a diseased gland feels hard and knobby The diagnosis may be confirmed by ultrasound scanning, pyelography, and prostatic biopsy removal of a sample for analysis Blood tests and a bone scan may be performed to assess the extent to which a cancer has spread, Prostate, enlarged - often called benign prostatic hypertrophy, an increase in size of the inner zone of the prostate gland, Symptoms and Signs these are my symptoms usually develop gradually as the enlarging prostate compresses and distorts the urethra th flow of my urine is obstructed, and there is difficulty starting urination and a weak stream. Initially the bladder muscle becomes overdeveloped to force urine through the obstructed uretha Eventually the bladder is unable to expel all the urine and becomes distended causing abdominal Swelling there may be incontinece due to overflow of Small quantities of urine, and the bladder may become overactive, resulting in frequency of urination (see urination, frequent)

pge 3. this is a sign of bladder muscle failure  2-1-08
and usually means surgery is required
Severe abdominal pain and the ability
to pass only a few drops of urine
indicates acute urinary retention and
requires immediate treatment these or
my symptoms I'm having pain and my
upper thigh and hip and the lower part
of my back and I'm throwing up my food
I told this to Dr. Feinerman and Dr. Magdel
and nurse Pract R. Pollion I'm and pain
please help me.            Thank you

        Sincerely;
           Eddie Sykes