# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>Eddie Sykes v Bashir Ameji, et al | CASE NO.<br><br>08-2010 | Beginning Date of Trial:<br>3/5/08 | Type of Trial:<br><br>Length of Trial: days |
|---|---|---|---|

**TO: THE WARDEN OF MENARD**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Eddie Sykes | R 22570 | MENARD | 3/5/08 | 11:15-12:30 |
| Chief Judge McCuskey | N/A | URBANA COURTROOM 2 | 3/5/08 | 11:15 - 12:30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: February 21, 2008                             PAMELA E. ROBINSON, CLERK
                                                     UNITED STATES DISTRICT COURT

                                                     BY: ___s/K. Wynn_____
                                                          DEPUTY CLERK

cc: Eddie Sykes