Eddie Sykes

case no. 08-2010

3-5-08

I would to informed chief Judge Michael P. McCuskey and Magistrate Judge David G. Bernthal and Honorable Harold A. Baker that I Filed A civil Rights complaint on 3-5-08 against Dr. A. Feinerman and Dr. Magdel and N.P. Pollion and Menard c.c. at united States District court for the Southern District of Illinois and I also Filed A civil Rights complaint on SHAwnee on 1-25-08 I Just wanted to informed court and Pamela E. Robinson, clerk so you all know I Filed A civil Rights complaint on SHAwnee c.c. and menard c.c.

Thank you

Sincerely

Eddie Sykes

**FILED**
MAR 10 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**RECEIVED**
MAR 10 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS