Sutees v. Allen
2:08-cv-2010

FILED
APR 14 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

page 1. I would like to informed chief Judge      4-8-08
Michael P. McCuskey that I wrote A letter
on 1-14-08 this is what I wrote 1-14-08
I would like to know could the court
Please appoint me counsel to represent me
because I'm not experienced at litigating
myself I need Some help preparing this
case this was on 1-14-08

I would like to informed chief Judge      4-8-08
Michael P. McCuskey and the court that I'm
indigent and yes I have made a reasonable
attempt to trying obtain counsel I wrote
Attorney Steven B. Levy, LTD on 3-28-08
I ask him could he Please look at this case
for me and I have not got A respond yet
650 East Diehl Road. Suite 121
NAperville. Illinois 60563- Phone: 630/416-6300
Fax: 630/245-0930

I would like to informed chief Judge      4-8-08
Michael P. McCuskey and the court that I also
wrote A letter to Attorney Kathleen Zellner
on 4-8-08 ask for counsel and to look into
this case - 1717. North. Naper-Blvd Suit 203
NAperville, Illinois 60563- Phone 630/955-1212

Sykes vs Ameji
2:08-cv-2010

page 2: I would like to informed chief Judge    4-8-08
Michael P. McCuskey and the court that I'm
indigent And know I do not competent to
litigate this case by myself. I would like
to Ask the court to appoint counsel to
represent me Please because I'm not
experienced at litigating myself I need
some help preparing this case

Sincerely

Eddie Sykes

Sykes V. Ameji
2:08-cv-2010

I would like to informed chief Judge Michael P. Mc Cuskey and the court about the letter that I said I wrote to Attorney Steven B. Levy on 3-28-08 and I had in one of the letter he have not respond yet I received A letter and the mail about this matter from Steven B. Levy on 4-8-08 and the letter he said this A the not the type of matter his office handles.                    Thank you

Sincerely

Eddie Sykes

**FILED**
APR 14 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

THE LAW OFFICES OF

**STEVEN B. LEVY, LTD.**
650 EAST DIEHL ROAD, SUITE 121
NAPERVILLE, ILLINOIS 60563
PHONE: 630/416-6300
FAX: 630/245-0930
E-MAIL: SLEVY@SBLEVYLTDLAW.COM
WEBSITE: WWW.SBLEVYLTDLAW.COM

STEVEN B. LEVY*
*ALSO ADMITTED TO THE FLORIDA BAR

SCHAUMBURG SATELLITE OFFICE
BY APPOINTMENT ONLY

April 4, 2008

Mr. Eddie J. Sykes R22570
Menard Correctional Center
711 Kaskaskia Street
Menard, Illinois 62259

Re: Letters to Me Dated March 28, 2008
    Danville Correctional
    Shawnee Correctional

Dear Mr. Sykes:

Thank you for your inquiry regarding legal services.

<u>This is not the type of matter my office handles.</u>

Also, I suggest that you try to find an attorney who is located closer to you.

Please be advised that Steven B. Levy, Ltd. assumes no responsibility for the handling of the above claim(s) or to inform you as to any changes in the law which may affect the above claim(s).

The above should not be viewed by you as a representation of any kind by me as to the merits of the above claim(s).

I wish you well with these matters.

Sincerely,

Steven B. Levy

SBL:kh
Enclosures
*Inquiry\Sykes,E-PC*