E-FILED
Monday, 21 April, 2008  05:02:08 PM
Clerk, U.S. District Court, ILCD

Case name: Sykes v. Ameji
case number 2:08-cv-2010

pge:2  Litigation History                              4-17-08

A. Have you brought any other lawsuits in state or <u>federal</u> court dealing with the same facts involved in case? Yes ☒   No ☐
If yes, please describe <u>Medical neglect cruel and unusual punishment</u>

B. Have you brought any other lawsuits in state or federal court while incarcerated?
Yes ☒   No ☐

C. If your answer to B is yes how many? __2__
Describe the lawsuits in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece paper using the same outline) <u>Medical neglect cruel and unusual punishment</u>

1. Parties to previous lawsuit:
Plaintiff: Eddie J. Sykes
Defendant(s): David Alton, Linda Runge, Daniel Austin, Billy J. Groaning, John Doe handcock, John Doe Jones, Jane Doe Rhonda, Jane Doe Debbie, Mge Vinyard, Roger E. Walker Jr., John Reeves  case no 08-76-DRH

FILED
APR 21 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

pge: 2)  Case name: Sykes v. Ameji
Case number 2:08-cv-2010

1. Parties to Previous lawsuit:                                    4-17-08
Plaintiff: Eddie J. Sykes

Defendant(s): John Doe A, Feinerman, Jane Doe Shirley, Mikh, Magdel, Donald Hulick, Rash Pollion, Tracy Harrington, Amy Lang, Kim Criss, Linda Daily, Roger E. Walker. Jr   John Doe Shepherd, Jane Doe Lisa   case no: 08-179-JPG

2. Court (if federal colli, give name of district; if state court, give name of county
United States District Court Southern District of Illinois 750 Missouri Avenue, P.O. Box 249 East St. Louis, IL 62202

3. Docket number: 08-76-DRH / 08-179-JPG
Judge Chief Judge, David R Herndon

4. Basic claim made medical neglect ~~and deny M~~

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) Still pending

6. Approximate date of filing of January 25-19-08 and 3-5-08

Case name: Sykes V. Ameji
Case number 2:08-CV-2010

pge:3.

7. Approximate date of disposition          4-17-08

## Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☒ No ☐ If your answer is no, explain why not

C. Is the grievance process completed? Yes ☒ No ☐

I would also like to ask chief Judge Michael P. McCuskey and the court could I please call Dr. Richardson and Dr. Mary Meny and Dr. Shoot and Dr. Obaskie and N.P. Colleen and psych Dr. Mason for witness on my behalf of the case

Thank you

Sincerley

Eddie Sykes

## RELIEF REQUESTED

(State exactly what relief you want from the court.)

Adequate medical treatment I would like to be writting to an outside Hospital for the proper treatment for my condition concerning A Enlarged Prostate which was Diagnosed by four different Doctors And I would like to be compensated for pain and suffering, Emotional distress physical distress In compensatory damages and punitive damages to deterred them from this in the near future.

JURY DEMAND            Yes  O                        No  D

Signed this  7th  day of  January , 19 08

_Eddie J. Sykes_
( Signature of Plaintiff)

| Name of Plaintiff: Eddie J. Sykes | Inmate Identification Number: R22570 |
| Address: Menard c.c. P.O. 711 kaskaskia street Menard, Ill, 62259 | Telephone Number: |

6

C8 MCC#1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Danville/Urbana Division

|  |  |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) ) ) ) Case No. ) ) |
| Defendant. | ) |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a United States District Judge and consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including the trial, and ordering the entry of a final judgment.

FOR THE PLAINTIFF(S):                FOR THE DEFENDANT(S):

_____      _____
DATE: _____      DATE: _____

_____      _____
DATE: _____      DATE: _____

_____      _____
DATE: _____      DATE: _____
(All plaintiffs or attorneys for plaintiffs must sign)   (All defendants or attorneys for defendants must sign)

## ORDER

IT IS ORDERED that this case is referred to the Honorable David G. Bernthal, United States Magistrate Judge, for all further proceedings and the entry of judgment, in accordance wtih 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, and the foregoing consent of the parties.

ENTER this _____ day of _____, 19___.

_____
UNITED STATES DISTRICT JUDGE

(NOTE: Return this form to the Clerk of Court only if all parties have consented on this form to proceed before a Magistrate Judge.)