E-FILED
Monday, 30 June, 2008 01:00:29 PM
Clerk, U.S. District Court, ILCD

Case name Sykes v. Ameji
Case Number 2:08-cv-2010

I would like to informed chief Judge 6-26-08 Michael P. McCuskey and the court and the clerk that I Eddie Sykes had being Transferred from Menard c.d. to A new Address my Address is change my new Address are Hill c.d. P.O. Box 1700 Gales Burg, ILL 61401 I was Transferred on 6-25-08 I would also like to let chief Judge Michael P. McCuskey and the court know that I was scheduling to meet with him on July 1. 2008 at 2:30 pm. and the clerk is directed to give Plaintiff's place of confinement notice of the date and time of the conference, and to issue the appropriate process to secure the Plaintiff's presence at the conference. and that the counsel for Defendants is hereby granted leave to depose Plaintiff at his place of confinement counsel for Defendants shall arrange the time for the deposition this was schedul for July 1. 2008 but I was Transferred from Menard c.d. and my new mailing address are Hill. c.d P.O. Box 1700 Gales Burg, Il 61401
Thank you
Eddie Sykes

Sincerely

FILED
JUN 3 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS