Case name: Sykes Amaji
Case number: 2:08-cv-2010

I would like to informed the chief Judge 7-15-08 Michael P. McCuskey and the court and clerk Pamela E. Robinson what I'm going through and Hill C.C. they are Refuse to help me and any type of way for my Medical Health I'm and pain in Suffering I would also like to ask the chief Judge Michael P. McCuskey and clerk Pamela E. Robinson if the court could get copy of my Medical Records from 2003 to 2008 and sent me A copy and I'm sent some grievance on them grievance it show what I'm going through and Hill C.C. and I would like to ask the court could they take A look at this matter and sent me copy of the grievance back also    Thank you
I would also like to let the court Eddie Sykes I sent the ward G. Acevedo 2 Emergency grievance About this Problem He Have not respond back    Thank you
Please help me                Eddie Sykes
Sincerely

FILED
JUL 21 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 7-13-08  
**Offender (Please Print):** Sykes  
**ID#:** R22570  
**Present Facility:** Hill c.c.  
**Facility where grievance issue occurred:** Hill c.c. / Health care / seg

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____
- [x] Disciplinary Report: 7/13/08 — Hill c.c. / seg / Healthcare
  (Date of Report)        (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

- **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- **Chief Administrative Officer,** only if EMERGENCY grievance.
- **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On the above date and appximately 12:40 I informed Sgt. Froste on 7 to 3 shift and seg that I need medical attention the sgt came to my cell-25 and ask me what wrong I told him that I have a englarged prostate problem and that I was throwing up my food and that I was and pain I told him my stomach hurt and I'm having abdominal pain the sgt who work seg on 7-13-08 told me he was going to call Healthcare H. I call for the sgt or a officer to come to my cell this was a hour later the officer who was work and seg on 7 to 3 shift came to my cell and ask me what wrong I

**Relief Requested:** I ask that this sgt who wrok at seg and officers and nurse at 7 to 3 shift be discharged from they dutys they poses a threat to the security and medical staff safety of the facility as well as the safety of prisoner

[x] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Offender's Signature_    **ID#:** R22570    **Date:** 7/13/08

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

**Date Received:** ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____

told him I need medical Attention that when the sgt walk up and said he call Healthcare and the nurse who was work said that she pull my file any ain't nothing she could due for me and the sgt said she said when she get through doing what she doing she was come over to seg I didn't see know nurse at that time and I didn't receive any Medical Attention at all I was neglected by the sgt and the nurse and officer who work on 7to3 shift and seg and they was deliberately indifferent to my serious medical needs. I also informed officer Gorsline on 3 to 11 shift that I was throwing up and having problem urinate and that I was and pain officer gorsline said he was informed by sgt Frost that I have a medical problem and officer gorsline ask me what sgt froste I told officer gorsline that sgt Frost refuse to get me any medical help and that when I told officer that why I'm ask him for medical help I told officer gorsline that it vomit and the toile officer gorsline refuse to give me any medical help he didn't call Healthcare I was neglected by officer gorsline also about 2 hour later I was laying on the floor ball up and pain and my abdominal and when officer gorsline and officer LedBrenet came to pick up trash they witnesses me on the floor and vomit in the toile and on the floor it took them a hour to call Sgt. Brenett officer LedBrenet told me the only way I going to get some medical if I get up off the floor I didn't receive a wheel chair to go to Healthcare they made me walk and I was in pain Sgt. Brenett took me to Healthcare and nurse Clark and Debbie on 3 to 11 shift didn't give me proper medical they Refuse to help me they said they could not find my medical file. Please Address And solve this problem this is A serious problem that need to Be Addressed not Just "swept under the rug"

Thank you
Eddie Sykes

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| | |
|---|---|
| Date: 7-15-08 | Offender (Please Print): Sykes    ID#: R22570 |
| Present Facility: Hill c.c. | Facility where grievance issue occurred: Hill/Healthcare/Seg |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Disciplinary Report: 7-15-08 / Hill/Healthcare/Seg
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On the above date and approximately at 12:08pm I informed Sgt. Froste that I was taking medication for my prostate and high blood pressure and high cholesterol and for my bowel movement I told Sgt. Froste on 7 to 3 shift that the medication have a side effect on me I also told him it make me dizzy and weak I told Sgt. Froste that I could not keep jump up and down out of the top bunk I told him I need a bottom bunk so I will not hurt myself around 2:00pm I fail out of the top bunk trying to get down so I could use the toilet toilet I fail in hurt my back my cellie call for help

**Relief Requested:** _____

[x] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: Sykes    ID# R22570    Date: 7-15-08

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

for me when Sgt. Froste arrive at my cell 20 him and the other officer I was on the floor and pain they call Healthcare and when the nurse arrive who work on 7 to 3 shift came to my cell I was on the floor and she ask me what helping I told her I fail out the bunk I also told the nurse that I have been throwingup since 6-25-08 and 6-26-08 and on 7-2-08 and on 7-4-08 I told her I have been to Healthcare about this problem on all them date and the nurse told me they was going to put me in to see the doctor I told the nurse I see doctor Robert on 7-10-08 and I told him that I have a Enlarged Prostate and I'm throwingup and I was weak and dizzy and pain I told the nurse that this problem been going on since 2003 they took me to Healthcare on 7-15-08 and when we arrive the ask me how I feel I told her my back hurt and I'm dizzy and weak I need medical help she said the doctor was going and come and see me when doctor Robert walk in the room and Healthcare He ask what helping I told him I fail out of the top bunk Because I was weak and dizzy from throwingup and I hurt my back Doctor Robert didn't exione me proper He didn't check for know bump on my head and He didn't order know X-Rays He didn't order for me to get know bottom bunk either He sent me back to seg cell 20 and pain in suffering and my back was in pain I feel I was Malpractice and medical neglected by Doctor Robert on 7 to 3 shift I'm sleeping on the floor because I couldn't get up and down out of the top bunk cause I'm and pain and in suffering. Please Address and Solve this problem this is A Serious problem that need to Be Addressed not just "Swept under the rug"

Thank you
Eddie Sykes

Sincerely