# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **EDDIE SYKES,**  Plaintiff | ) WRIT OF HABEAS CORPUS  ) AD TESTIFICANDUM |
| vs | ) ) |
| **BASHIR AMEJI, ET AL,**  Defendant | ) CASE NO. 08-2010  ) ) |

**TO: THE WARDEN OF HILL CORRECTIONAL CENTER AT GALESBURG, IL.**

**WE COMMAND** that you produce the body of EDDIE SYKES, Register No. **R 22570**, who in your custody at HILL CORRECTIONAL CENTER before the United States District Court at IL RIVER CORRECTIONAL CENTER on THURSDAY, AUGUST 28, 2008 at 1:30 p.m. **(NOTE: All inmates must arrive at the Federal Building at least one-half hour prior to the beginning of the hearing and should be dressed in proper civilian attire)** and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

**WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED: July 23, 2008

                                                          PAMELA E. ROBINSON, CLERK
                                                          UNITED STATES DISTRICT COURT

                                                          BY: s/K. Wynn
                                                                Deputy Clerk