# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME: EDDIE SYKES v BASHIR AMEJI, ET AL | CASE NO. 08-2010 | Beginning Date of Trial: 8/28/08 | Type of Trial: Length of Trial: days |
|---|---|---|---|

**TO: THE WARDENS OF HILL and IL RIVER CORRECTIONAL CENTERS**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE MICHAEL P. MCCUSKEY, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Eddie Sykes | R 22570 | IL RIVER | 8/28/08 | 1:30 - 2:30 |
| Judge McCuskey | N/A | URBANA COURTROOM 2 | 8/28/08 | 1:30 - 2:30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: July 23, 2008

PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT

BY: _____s/K. Wynn_____

DEPUTY CLERK

_____

cc: Eddie Sykes

Format and wording approved by IDOC Legal Counsel 2/11/98