05415-R7734
MAL/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| EDDIE J. SYKES, R22570, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-2010-MPM-DGB |
| ) | |
| DR. BASHIR AMEJI; LINDA DAILY; ) | |
| MARY MILLER; TINA MILES; JOHN ) | |
| DOE STETTYER; WARDEN JOHN ) | |
| CHAMGBERS; JOHN DOE WILLIAMS; ) | |
| FRED M. BAREFILED; and NURSE ) | |
| ROBERT NELSON, ) | |
| ) | |
| Defendants. ) | |

## ANSWER TO PLAINTIFF'S COMPLAINT

NOW COMES the Defendant, BASHIR AMEJI, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Answer to Plaintiff's Complaint, states:

1.   Defendant admits that he has worked as a physician at the Danville Correctional Center.

2.   Defendant admits that jurisdiction and venue are proper in the Central District.

3.   Defendant denies that any act or omission on his part constitutes deliberate indifference to a serious medical need.

4.   Defendant denies that Plaintiff's referenced condition constitutes a serious medical need.

5.   Defendant denies that any response he may or may not have made to any request of the Plaintiff constitutes deliberate indifference.

6.   Defendant denies that Plaintiff was injured or injured to the extent he claims.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7734
MAL/ej

7. Defendant denies that Plaintiff is entitled to any of the relief requested.

8. Defendant denies that the Plaintiff's claims are meritorious.

WHEREFORE, Defendant, BASHIR AMEJI, M.D., prays that this Court would enter judgment in his favor and against the Plaintiff, plus costs of suit.

**DEFENDANT DEMANDS TRIAL BY JURY.**

**AFFIRMATIVE DEFENSES**

NOW COMES the Defendant, BASHIR AMEJI, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Affirmative Defenses to Plaintiff's Complaint, states:

1. Defendant is entitled to qualified immunity.

2. Defendant is entitled to judgment as a matter of law to the extent Plaintiff failed to exhaust his administrative remedies.

3. Defendant is entitled to judgment as a matter of law to the extent Plaintiff's claims are outside of the two (2) year statute of limitations.

WHEREFORE, Defendant, BASHIR AMEJI, M.D., prays that this Court would enter judgment in his favor and against the Plaintiff, plus costs of suit.

**DEFENDANT DEMANDS TRIAL BY JURY AS TO THESE AFFIRMATIVE DEFENSES.**

    Respectfully submitted,

    BASHIR AMEJI, M.D., Defendant,

    HEYL, ROYSTER, VOELKER & ALLEN,
    Attorneys for Defendant,

    /s/Matthew A. Lurkins

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7734
MAL/ej

                                  Matthew A. Lurkins, #6286756
                                  HEYL, ROYSTER, VOELKER & ALLEN
                                  Suite 575, National City Center
                                  P. O. Box 1687
                                  Springfield, IL  62705
                                  Phone: (217) 522-8822
                                  Fax:    (217) 523-3902
                                  Email:  mlurkins@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7734
MAL/ej

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I electronically filed **Answer to Plaintiff's Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

None

and I hereby certify that on August 5, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Eddie J. Sykes, R22570
Hill Correctional Center
Inmate Mail/Parcels
P. O. Box 1700
Galesburg, IL 61401

/s/Matthew A. Lurkins

Matthew A. Lurkins, #6286756
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
Email:  mlurkins@hrva.com

HEYL ROYSTER VOELKER &ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822