United States District Court,
Central District of Illinois
Urbana Division

8-10-08

Eddie Sykes
    v.    Plaintiff    Case No. 08-C-2010
Dr. Bashir Ameji, et al.,    Judge: Michael P. McCuskey
    Defendants.

## Motion to Strike Answer

Now comes, Plaintiff, Eddie J. Sykes, Pro se who is Moving to states all the sections of the Defendants' answer thats insubstutial, immaterial and scadalous Matter.

"Plaintiff's Response to Defendants' Answer"

**FILED**
AUG 14 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Responses:
1. Plaintiff agrees
2. Plaintiff agrees
3. Plaintiff disagrees because Dr. Ameji failure to treat my medical condition
4. Plaintiff disagrees any time ~~you been~~ A peson have been diagnosed with A Enlarged Prostate it's A Serious Medical need
5. Plaintiff disagrees Dr. Ameji had took me of my medication that Another Dr. put me on and ~~Refuse~~ and Dr. Ameji response was he not going to give me Medication that who help me

6. Plaintiff disagrees                                    8-10-08
7. Plaintiff disagrees I'm and pain in suffering I need outside Medical treatment
8. Plaintiff disagrees

"Plaintiff's Response to Defendants' Affirmative Defen Defenses

1. Plaintiff respectfully requests the Defendants be charged with federal indictments and prosecuted for Plaintiff's constitutional deprivations.
2. I have exhaust my remedies with the Administrative I with- the proper procedue I file A Emergency grievance to the warden on 8-26-08 the warden sent the grievance to the counselor the counselor sent the grievance to Mary Miller. Healthcare Administrativee Mary miller give the grievance to Dr. Ameji I receive the grievance on 10-10-06 and it was deny by the grievance officers and Danville and I send the grievance to Administrative Review Board they said they received the grievance on 12-8-06 Melody J. Ford date for 12-14-06 and sent it back to me and said it was not submitted in the timeframe that because Danville was hold my grievance

2. I send the original copy of the grievance    8-10-08
to Dorothy Brown clerk of circuit court of
cook county on 10-18-07 ask her for her
help I wrote her back on 11-25-07 ask her
about my grievance and I have not got a
respond

3. I file the complaint before the statute
of limitations I file and 1-7-08 the statute
of limitations would have been August 08 that
the 2 year statute of limitations

Wherefore, Plaintiff respectfully pray that this
~~Honorable~~ Honorable court strike the defendants
Answer, and grant Plaintiff relief under
42 U.S.C. § 1983

Date 8-10-08                Respectfully Submitted
                            s/ _____
                                Plaintiff
                            Eddie J. Sykes
                            R-22570
                            Hill c.c.
                            P.O. Box 1700
                            Galesburg, IL 61401
                            Pro se

8-10-08

Response to Defendants' Production of Documents

Now comes the Plaintiff, Eddie J. Sykes Pro se, and hereby submit his Response to Defendants' Request for Production of Documents with Attached Exhibits and state as follow:

Responses:
1. I'm unclear I need some help with these Answer
2. I'm unclear I need some help with these Answer
3. I'm unclear I need some help with these Answer
4. I'm unclear I need some help with these Answer
5. I'm unclear I need some help with these Answer
6. I'm unclear I need some help with these Answer
7. I'm uncleare I need some help with these Answer
8. I'm unclear I need some help with these Answer

Plaintiff are not in receipt of additional documents at this time but avild promtly tender any documents received regarding Defendants request for ~~Produc~~ Production of documents" on I will Mail copies to all parties when I get A unstanding

Date: 8-10-08              Respectfully submitted,
                           Eddie J. Sykes