Sykes
v.
Ameji

Case No: 08-cv-2010

8-11-08

I would like to informed Chief Judge Michael P. McCuskey and the clerk Pamela E. Robinson and the court that I had received some paper from the Defendant Doctor Bashir Ameji Attorneys Matthew A Lurkins and Heyl, Royster and Voelker and Allen Suite 575, National city center P.O. Box 1687 Springfield, IL 62705 they send me some paper to answer and I do not unstand what to do I need some help my read and spelling ain't that good I would like to ask the court could they please appoint me a counsel the complaint I had field out I had help by a Jail house Lawyer A inmate help with the motion to strike Answer I do not know what to due I'm not experienced at litigating myself I need some help preparing this case So I ask the chief Judge Michael P. McCuskey and the court could they please appoint me a counsel to represent me Please Thank you

Sincerely

Eddie Sykes

FILED
AUG 14 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS