page 1

case name: Sykes v. Ameji
case number: 2:08-cv-2010

8-17-08

I would like to informed Chief Judge Michael P. McCuskey and the clerk Pamela E. Robinson and the court what I'm going though at Hill C.C. I'm being medical neglected by the Doctors and the nurse on they medical staff and I'm being harassment by the officers and by inmate on 7-24-08 I had informed the sgt. who was working seg on 7 to 3 shift that I have a medical problem I told him that I have a Enlarged Prostate and that I'm force myself to urinate I told him that the medication they have me on is not working and I told him that I'm throwing up and my bowel move ment are move at the same time he left my door and seg cell 40 he said he was going to call Healthcare a half hour later he came back to my cell and said he talk to nurse Brenda and he said nurse Brenda put me down to see the doctor for 7-30-08 I told him that nurse Brenda saide she put the to see the Doctor on 7-28-08 and I told him I had not see the Doctor I told him I'm being refuse medical help by the medical staff the sgt. saide ain't nothing he could do about that I told him I was and pain in suffering that when my

pge:2

Case name: Sykes v. Ameji
Case number: 2:08-cv-2010

8-17-08

My cellie inmate Munnigan became upset and told the sgt. and seg on 7 to 3 shift on 7-24-08 that I have to get out that cell with him he threat me in front of the sgt. he saide the sgt. better get me outer that cell before something happend to me the inmate Munnigan said he was sick of me keeping him up all night with my medical problem the sgt. told him inmate Munnigan that he was not go to due nothing and he walk off the door I call the sgt. back to the door and seg cell-10 and told him I need medical help and that I would like to be move to A new cell inmate Munnigan became upset again he stat start threat me again in front of the sgt. and he also start threat the sgt. he told the sgt. he due something to him to I was not give any medical help and the sgt. didn't move me outer that cell for the safety of my health and life on 7-31-08 on 7 to 3 shift I was informed the nurse who was working seg that I have A medical problem I told her I was throwing up and bowel movement at the same time and I'm force myself to urinate the nurse saide when she go back to Healthcare she was going to let nurse Brenda know

Case Name: Sykes v. Alleji
Case number: 208-cv-2010

again my cellie inmate Munnigan became 8-17-08 upset again he told me that they ain't trying to help me at Healthcare he told me they need to let me die and he said if they do not kill me he was going to kill me I ask inmate Munnigan my cellie and cell-10 why are he keep threat me for inmate Munnigan start yelling and A aggressive way the officer who was working seg on 7-31-08 on 7 to 3 shift watch this go on for A half hour and he didn't take any action in to stop this matter he watch inmate Munnigan threat me when inmate Munnigan went for the corresponden box I beat him to it I pick up the Box and throw to the side so inmate Munnigan will not hit me with it I turne my back to the door that when the office spray chemical and my face I didn't not receive any medical help on 7-31-08 the wrote me A ticket for A assaulting any person and A Disobeyin A Direct order that A lied and they also gave me 6 months and seg and 6 month C grad and they got me on A Disciplinary Transfer I do not know if they go to transfer me this week or next week I just want to let the court know A head of time they might try to transfer turn over back

me on the day before the hearing I'm also send A grievance I wrote I would like to ask if the Chief Judge Michael P. McCuskey and the clerk Pamela E. Robinson and the court send me A copy back of the grievance what they are doing to me and Hill c.c. is wrong I also send A grievance to A.S warden. Thank you

Sincerely

Eddie Sykes

# Illinois Department of Corrections
## OFFENDER'S GRIEVANCE

**Date:** 7-29-08  
**Offender:** (Please Print) Sykes  
**ID#:** R22570  
**Present Facility:** Hill c.c.  
**Facility where grievance issue occurred:** Hill c.c./seg

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: 7,29,08 — Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

Facility where issued: Hill c.c./seg

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** on the above date at approximately at 12:00 pm I informed the Sgt. on 7 to 3 shift who was working seg on 7-29-08 about a medical problem, I told him that I have a enlarged prostate and that I'm force myself to urinate and I'm throwing up and my bowel move at the same time at that montime inmate Munnigan who was my cellie and seg cell-10 become upset he told the Sgt. that he got to get me outer that cell before something happed to me he said he we sick of me keeping him up all night with my medical problem

**Relief Requested:** I ask that this Sgt. and officer be discharge from they duty's they poses a threat to the security of Safety of the facility as well as the Safety the safety of prisoners

[x] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature  
ID# R22570    Date 7,29,08

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

**Date Received:** ___/___/___  
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

inmate Munnigan threat me in front of the sgt. he said was go to do something to me if the sgt. didn't get me out that cell he said he was go to kill me he said he was go to due something the sgt. to he also threat the sgt. this was on 7-29-08 on 11 to 3 shift and seg the sgt. walk off he didn't take know action and to move me out that cell A hour late I call for the sgt. to come to my cell 10 to ask him his he Refuse medical help I didn't and I ask the sgt. to move me out that cell for the safety of my Health and life I didn't receive any medical help and the sgt. didn't move me out that cell 10 on 7-29-08 on 11 to 3 shift. I feel that he broken the facility rule and A brief of secuity I feel he left my life and danger on 7-31-08 on 11 to 3 shift I was informed the nurse who was working seg that I Have A medical Problem I told her I was throwing up and bowel movement at the same time and I told her I was force myself to urinate my cellie inmate Munnigan become upset again and told me they need to let me die he said if they do not kill me he was going to kill me I ask inmate Munnigan why are he keep threat inmate Munnigan start yelling and A aggressive way the officer who was working seg on 7-31-08 on 11 to 3 shift watch this go on for A half hour and he didn't take any action in to stop this matter he watch inmate Munnigan threat me when inmate Munnigan event for the correspondence box I beat him to it I pick up the box and threw to th side so inmate Munnigan will not hit me with it I turne my back to the door that when the office spray chemical deliberately on my face I feel it was wrong for the officer to watch this act to go on without taking know action to stop this matter I feel he also brok the brief of secuit of this facility by

let my life be and danger please Address and solve this Problem this is A serious that need to be Addressed not Just swept under the rug and it was also unfair for me to be charges with A Assulting

Sincerely

Thank you
Eddie Sykes