August 19th, 2008                "EMERGENCY"

Clerk's Office
U.S. District Court
201 S. Vine St., RM. 218
Urbana, Ill. 61802

Dear Clerk: ( Sykes v. Ameji, NO. 08 C 2010)

The Court shall appoint Counsel when it appears that the action has sufficient merit to require complex discovery or an evidently hearing. Maclin v. Freake, 650. F.2d 885, 887 (7th Cir 1991).

I truly believes (EDDIE SYKES R22570) has a guranteed fundamental right to the courts, and without the assistance of Counsel, his access to the Courts will not be adequate, effective or meaningful because;

    Plaintiff is absolutely incompetent to represent himself PRO SE, for he is uneducated, illiterate to LAW, and READS below a 5th grade point average.

I am a decent Jailhouse litigant, who has the proper Knowledge of Law as well as legal abilities to litigate PRO SE in the Court of of Law. Plaintiff informed me that another Jailhouse lawyer helped him draft his complaint.

So on 8/10/08, I provide my legal assistance and completed his Motion to Strike Defendant's Answer.

Most importantly, on 8/19/08, I drafted and fenalized all the Plaintiff's Discovery motions. ( See Affidavit (EX.A) of Plaintiff's Production of Documents motion).

                                               Sincerely,
                                               Legal Assistance