UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
AUG 26 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

EDDIE J. SYKES, Plaintiff,

v.

DR. BASHIR AMEJI, et al, Defendants.

Case No. 08 C 2010
JUDGE MICHAEL P. MCCUSKEY

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR HIPAA QUALIFIED PROTECTION ORDER

NOW COMES the Plaintiff, Eddie J. Sykes, pro se, and hereby submit their Responses to Defendants' Protective Order and state as follows:

### RESPONSES:

1. Plaintiff agrees to paragraph 1 of Defendants' motion.

2. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the averments made in paragraph 2 of the Defendants' motion.

3. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the averment made in paragraph 3 of the Defendants' motion.

AUGUST 19th, 2008                    RESPECTFULLY SUBMITTED,

/s/ Eddie J. Sykes
_____
PLAINTIFF

EDDIE J. SYKES, PRO SE
R22570
Hill - HIL
P.O. BOX 1700
GALESBURG, IL. 61401

# CERTIFICATE of SERVICE

I, EDDIE J. SYKES, swear under penalty of perjury that I serve a copy of the attached PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR HIPAA QUALIFIED PROTECTION ORDER on [Matthew Lurkins, Heyl Royster, Voelker & Allen, @ ste 575, P.O. BOX 1687, Springfield, Ill. 62705], by placing it in the via mail at the HILL Correctional Center on AUGUST 22, 2008.

/s/ Eddie J. Sykes
_____
PLAINTIFF

2 of 2