05415-R7734
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| EDDIE J. SYKES, R22570, | ) |
| Plaintiff, | ) |
| v. | ) No. 08-2010-MPM-DGB |
| DR. BASHIR AMEJI; LINDA DAILY; MARY MILLER; TINA MILES; JOHN DOE STETTYER; WARDEN JOHN CHAMGBERS; JOHN DOE WILLIAMS; FRED M. BAREFILED; and NURSE ROBERT NELSON, | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

NOW COMES THERESA M. POWELL, of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters an appearance as lead counsel on behalf of the Defendant, BASHIR AMEJI, M.D., in the above-captioned matter, and hereby states that she has been admitted to practice in the United States District Court, Central District of Illinois, and that she is a member in good standing of the bar of this Court.

Respectfully submitted,

BASHIR AMEJI, M.D., Defendant,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER &ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7734
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2008, I electronically filed **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

None

and I hereby certify that on August 28, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Eddie J. Sykes, R22570
Hill Correctional Center
Inmate Mail/Parcels
P. O. Box 1700
Galesburg, IL 61401

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822