AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Thursday, 28 August, 2008  04:05:51 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**EDDIE SYKES,**
**Plaintiff,**


vs.                                                                        Case Number:    **08-2010**


**BASHIR AMEJI**
**Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


     **IT IS ORDERED AND ADJUDGED** that the Court finds no constitutional violation and this case is dismissed.


ENTER this 28th day of August 2008.



s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK



s/K. Wynn
BY:  DEPUTY CLERK