IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA, ILLINOIS

FILED
SEP - 5 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )
)
vs )   CRIMINAL NO. 99CR069520I
*United States District* )
*court-central District* )   CIVIL NO. 08-2010
*of Illinois officer* )

NOTICE OF APPEAL

Notice is hereby given that *Eddie J. Sykes* appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on *8-28-08* in the above case.

PREPARED BY:
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

DATE: *8-29-08*

pge:1

In the United States District Court
for the Central District of Illinois
Peoria, Illinois                    8-29-08

Eddie J. Sykes
    Plaintiff            Case No. 08-cv-2010
V.
Doctor Bashir Ameji
    Defendants.

I would like to informed the court that I was not give a fair chance on 4-8-08 I informed Chief Jude Michael P. McCuskey that I'm indigent and yes I have made a reasonable attempt to trying obtain counsel I wrote Attorney Steven B. Levy. LTD on 3-28-08 I ask him could he please look at this case for me I have not got 650 East Diehl Road Suite 121 Naperville, IL 60563 and I would like to informed Chief Judge Michael P. McCuskey and the court that I also wrote Attorney Kathleen Zellner on 4-8-08 I also informed Chief Judge Michael P. McCuskey I do not competent to litigate this case by myself I would like to ask the court to appoint counsel to represent me please because I'm not experienced at litigating myself I need some help preparing this case this on 4-8-08 on 8-10-08 I informed Chief Judge Michael P. McCuskey that I didn't understand the law to good I told him that I could not read to good and spelling to good I to him that a inmate jail house lawyer help me with the complain I file on 1-7-08

pge: 2

I als told him that A inmate help with the 8-29-d Montion to Stike Answer to Plaintiff complaint I was deny My Montion 3 time for counsel I believe if I had A counsel I had A better chance on 8-22-08 I send off montion interrogatories Directed to Plaintiff by Defendant Ameji I also Plaintiff's Response to Defendants. motion for hiPAA QUALified Protection order/ I also sent Plaintiffs Response to Defendants' Request for Production of Documents. I als sent off notice of filing



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

### NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A CIVIL CASE BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that, upon the consent of all the parties in a civil case, the court may appoint a United States Magistrate Judge of this District, who is specially certified to conduct any or all proceedings, including trial of and the entry of a final judgment. A copy of the appropriate consent form is attached.

You should be aware that your decision to consent, or not to consent, to the disposition of your case before a United States Magistrate Judge is entirely voluntary and should be communicated to the Clerk of the Court. Only if all the parties to the case consent to the reference to a Magistrate Judge will either the District Judge or Magistrate Judge to whom the case has been assigned be informed of your decision. Neither a District Judge nor a Magistrate Judge will attempt to persuade or induce any party to consent to the reference of this case to a Magistrate Judge.

PAMELA E. ROBINSON

Clerk of Court

E-FILED
Tuesday, 08 April, 2008 09:51:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | | |
|---|---|---|
| EDDIE J. SYKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08-CV-2010 |
| | ) | |
| DOCTOR BASHIR AMEJI, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Pursuant to 28 U.S.C. § 1915A, Plaintiff's cognizable claims have been identified in a prior court order. Plaintiff has been granted leave to proceed *in forma pauperis*, and automatic monthly deductions will be made from the prisoner's trust fund account until the filing fee of $350.00 is paid in full. These payments must be collected even if Plaintiff decides not to proceed with the case or the case is otherwise dismissed. *See* 28 U.S.C. § 1915(b)(1).

**IT IS THEREFORE ORDERED** that the Clerk shall prepare for each Defendant: 1) a Notice of Lawsuit and Request for Waiver of Service of Summons; and 2) a Waiver of Service of Summons. The Clerk is directed to mail said forms, a copy of the Complaint, and this Scheduling Order to each Defendant's work address or employer address as provided by Plaintiff. If a Defendant fails to sign and return the Waiver to the Clerk within 30 days from the date said forms were sent, the Court will take appropriate steps to effect formal service on that Defendant and will require that Defendant to pay the full costs of formal service, to the extent authorized by the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, with respect to a Defendant who no longer can be found at the address provided by Plaintiff, the Correctional Center shall furnish the Clerk with the Defendant's current work address, or, if not known, the Defendant's last-known address. This information shall be used only for sending the forms as directed above, or for formally effecting service. Any documentation of the address shall be retained only by the Clerk. Address information shall not be maintained in the court file, nor disclosed by the Clerk.

**IT IS FURTHER ORDERED** that Plaintiff shall serve upon Defendants (or upon defense counsel once an appearance is entered), a copy of every further pleading or other document submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of any document was mailed to Defendants or their counsel. Any paper received by a district judge or magistrate judge that has not been filed with the Clerk or that fails to include a certificate of service will be stricken by the court.

**IT IS FURTHER ORDERED** that this cause is set for further scheduling procedures under Fed. R. Civ. P. 16 on **July 1, 2008**, at **2:30 p.m.**, before the Honorable Michael P. McCuskey. The Clerk is directed to give Plaintiff's place of confinement notice of the date and time of the conference, and to issue the appropriate process to secure the Plaintiff's presence at the conference.

**IT IS FURTHER ORDERED** that counsel for Defendants is hereby granted leave to depose Plaintiff at his place of confinement. Counsel for Defendants shall arrange the time for the deposition.

**IT IS FURTHER ORDERED** that Plaintiff immediately notify the court of any change in his mailing address and telephone number. Failure to notify the court of any change in the mailing address will result in dismissal of this lawsuit, with prejudice.

**IT IS FURTHER ORDERED** that the Clerk is to notify the parties of their option to consent to disposition of this case before a United States Magistrate Judge by providing Plaintiff with a magistrate consent form and accompanying court explanation. Upon receipt of a signed consent from Plaintiff, the Clerk is further directed to forward the consent to Defendants for consideration.

ENTERED this 8th day of April, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 09 January, 2008 01:37:26 PM
Clerk, U.S. District Court, ILCD

FILED
JAN - 9 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

EDDie J. Sykes
Plaintiff

vs.

Bashir Ameji, Linda Daily
Mary miller, John (orden) chambers
Tina miles, (officer Joe Steltyer)
John "Doe" williams)
Defendant(s)

Case No.
08-2010

## COMPLAINT

☑  42 U.S.C. §1983 (suit against state officials for constitutional violations)

o   28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐   Other _____

*Please note: nZIS form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, **EDDie J. Sykes**, and states as follows:

My current address is: **Menard Correctional Center.
P.O. 1/1 Kaskaskia Street, menard, Illinois 62259**

The defendant **Bashi'r Ameji Doctor**, is employed as **Danfllle Correctional center** at **3820. East main st Danville Illinois (61834)**

The defendant **Linda Daily Registered Nurse**, is employed as **Danville Correctional center,** at **3820 East main st Danville Illinois (61834)**

The defendant **Mary Miller Health care Adminstrator**, is employed as **Danville Correctional center** at **3820 East main St Danville, Illinois, 61834**

The defendant **Tina Miles L.P.N. Nurse**, is employed as **Danville Correctional center** at **3820. East main St Danville Illinois 61834**

(revised 9/96)

128 MCC#1

Defendant: Timus Miles; Title: LPN
Place of Employment: Danville c.c. 3820 E. main St Danville IL, 61834
Defendant: Jhohn Doe Steltyer; Title: Officer
Place of Employment: Danville c.c. 3820 E main St Danville, IL, 61834
Defendant: John Chambers; Title: Warden
Place of Employment: Danville c.c. 3820 E. main St Danville IL 61834
Defendant: John Doe Williams; Title: Assistant Warden
Place of Employment: Danville c.c. 3820 E. Maint St Danville IL, 61834
Defendant: Fred M. Barefield; Title: Sgt.
Place of Employment: Danville c.c. 3820 E. maint St Danville, IL, 61834
Defendant: Robert Nelson; Title: Nurse
Place of Employment: Danville c.c. 3820 E. main St Danville IL, 61834

Defendant __John Doe, Steltyer__, is employed as __Danville Correctional center officer__ at __3820. East main St Danville, Illinois 61834__

Additional defendants and addresses

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☒   No ☐

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   Yes ☒   No ☐

C. If your answer to B is yes, how many? __2__ Describe the lawsuit in the space below..(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

2. Court (if federal court, give name of district; if state court, give name of county)

   _____

3. Docket Number/Judge _____

2

4. Basic claim made _Medical neglect_

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _Still pending?_

6. Approximate date of filing of lawsuit _January 7-19-08_

7. Approximate date of disposition

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐

If your answer is no, explain why not

C. Is the grievance process completed?   Yes ☒   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

3

## STATEMENT OF CLAIM

Place of the occurrence: Danville correctional center 3820. E main St Danville IL 61834

Date of the occurrence: 8-26-06 and 11-13-06

Witnesses to the occurrence: Mary miller Linda Daily .Tina miles John Ooe Steltyer

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims
should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

While at Stateville and 2003 Dr. Richardson diAgnosed me with A Elarged Prostate Problem and med Tech Thompson or Thomas witnessed to Dr. Richardson tell me that I Have a Elarged Prostate Problem He also heard her tell me that She was going to write A referred to Send me to A outside Hospital before the Problem get to Serious I was Sent A call pass 3-weeks late to go to Health care and Stateville call Line when I got there med Tech Thompson or Thomas and A Dr. Travis was waiting for me I ask med Tech thompson or thomas were are Dr. Richardson He told me She ain't work here no more I ask him what about the Referral She wrote he told me that it A dead issue ain't nothing happened he Said it over with that when Dr. Travis exAmined me and he told me that I didn't have A Prostate Problem and at 9-9-04 I was Transferred to Danville c.c at which time Dr. Mary Menu Also DiAgnosed me with A Significant Prostate Problem And had me exAmined at an outside Hospital the Attending physician reported negative results However my evacuation difficulties

4

persisted in 2005. Dr. Mary Menu was replaced by Dr. Shoot who also Diagnosed with A Significant Prostate Problem indicanting that the outside physician diagnosis was wrong at one point I was Prescribed medication that enabled me to defecate and made it easier fa urinate subsequently Dr. Ameji took me off that medication and prescribed medication that does not help me I havn't had A decent or proper bowel movement for over 3-weeks And I have to force myself to urinate I Am in pain yet Dr. Ameji Does nothing But give Me A Hard time refuses to Prescribe useful medication, cliAms I Have no Prostate Problem And sent me to the Psych Doctor I went to Health care on 8-9-06 And 8-10-06 Dr. Ameji refuses to take Any Action that Helps me yet 3-physicians And evacuation Problems indicate A Substantial Problem I Am Sure Dr. Ameji will make some Statement Justifying His Position or Lack of Actions But this will no! And does not change the facts of this matter these Being 3-Prostate Problem diagnosises And defecation urination Problems. Please do not Allow this Problem to persist simply by Putting creedence into the Statement or claims of the person who is being complained About Please Address And Solve this Problem, I say this because I Have Already written grievance which rendered no result And I know of many people who are experiencing problems with this Doctor this is A Serious Problem that need to be Addressed not Just Swept under the rug.

5

e. 8

On 11-13-06 at approximately time 9:30 AM I had a appointment to Health care to see Dr. Ameji About an ongoing Prostate Problem which numerous Doctors deem A Serious Problem I Have informed Dr. Ameji About the com i- cated Problems of uri atin and no bowel movement for numer ous days. I Ask this Doctor for A Simple over the counter Dulcolax Stool Softer which was escribed n e f that worked eat this Doctor became late. ellin don't threaten me I Am the Doctor As I stood to leave Doctor Ameji pushed me at this time I noticed H.C.U.A Mary miller so I called her to inform her of the actions of her Doctor At this time Dr. Ameji again pushed me And said you don't talk to her as I looked around I noticed L.P.N Tina miles, R.N. Linda Daily L.P.N. Paula And Pharmacist Stephanie and C/O Steltyer watching this horrible action take Place I have lost considerable weight And I Am constantl wea a d in pain there is no possible way I could even atch the strength of this Doctor in a pushing match why would I a Patient of Possible Prostate Cancer and Colon cancer which test has been taken but et not etermen what's wrong with me the hand thats su ose to be hel in me in al fairness to me and ever one involved I lrke for all of us to take A Polygraph test fa Prove m Innocence once and for all this would include Mary Miller because She was right in front of us when this happened and C/O Steltyer. All I would like is Medical attention to heal m achin bod on 11-26-06 I had the chance to S eak to L.P.N Pau a we s ke casuall About the incident which occurred at Health care on 11-13-06 Where Dr. Ame i Ph si eall Assaulted me as I brought up the Subject of the incide t urse ou a caught on to the question and because S t Bosfield

Continued on rever side

was listening said I don't want to get involved with that on the 11-13-06 same day that was at Health care incident occurred Dr. Ameji assault me and I was took to segregation Dr Ameji //edon me Dr. Ameji wrote me a ticket for intimidation and threats this was done because I used the grievance procedure against him And as a result was placed in segregation for a period of 2 months 2 months C-grade 2 months commissary restriction And a dicsplinary transfer And another reason why this ticket was issued against me was to cover up for the Assault and Battery that he committed against me when he pushed and Jholved me numerous times. I would like to take A Palygraph test to get to the truth.

yes I Have A writting Emergency grievance to 1-1-06 the warden and Danville who was John chambers He sent the grievance to the counselor the counselor sent to Mary Miller Health care Administrator I ask Mary Miller about the grievance one day and She told me She give Doctor Ameji the grievance I ask Dr. Ameji about the grievance He said he was not tell me nothing I wrote the grievance on 8-26-06 the grievance officers Report they got the grievance 10-10-06 they send the grievance back to me after they hold for so long I sent the grievance out to Administrative Board after the grievance officer's deny and Danville the Administrative Review Board sent the grievance back they said it was not submitted in the timeframe outlined I send the original copy of the grievance to Dorothy Brown clerk of circuit court of cook county on the 10-18-07 ask her for her help I wrote her back on 11-25-07 ask her about my grievance I have not got a respond I'm in menard c.c and I'M still Suffering and pain I need medical help I wrote menard trust fund 4 time ask them for A certified Print-out of All Transattach for my account for the

furme over on back →

six months. they refuse to sent me the six months they sent me A ~~im~~ inmate Transaction Statement for the last past 3-month it was two grievance I send to Dorothy Brown

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Adequate medical treatment, I would like to be writt to an outside Hospital for the proper treatment for my condition concerning A Enlarged prostate which was DiAgnosed by four different Doctors. And I would like to be compensated for pain and Suffering, Emotional distress physical distress In compensatory damages and punitive damages to deterred them from this in the near future.

JURY DEMAND          Yes  D                    No  0

Signed this 7th day of January, 19 08.

*Eddie J. Sykes*
(Signature of Plaintiff)

| Name of Plaintiff: Eddie J. Sykes | Inmate Identification Number: R22570 |
| Address: Menard c.c. P.O. 711 Kaskaskia Street Menard IL, 62259 | Telephone Number: |

6




ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: **Aykes**  (Last Name)   **Eddie** (First Name)   MI   **R22570** (ID#)

Facility: **SHA**

☒ Grievance (Local Grievance # (if applicable)): _____ or ☐ Correspondence
Received: **12 / 8 / 06**   Regarding: **Medical**

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).
- ☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL  62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL  62706

**No further redress:**
- ☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.
- ☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on ___/___/___
- ☐ No justification provided for additional consideration.

Other (specify): **CAO signed 10/11/06**

Completed by: **Melody J. Ford**  Signature: **Melody J Ford**  Date: **12/14/06**

Distribution:  Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1214)

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

Grievance Officer's Report

Received: 10/21/06   Date of Review: 10/10/06   Grievance # (optional)

ID#: 10205 7c

Nature of Grievance: Medical Treatment

Facts Reviewed: Inmate alleges that he has been diagnosed with a prostate problem which causes problems _____ and that Dr. _____ refuses to adequately address this issue.

Mr. Kelly, appropriate tests and treatment have been ordered to diagnose and treat the inmate's medical issues.

Recommendation: _____ appropriate access by medical staff.

Grievance Officer's Name / Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 10/11/06   ☑ I concur   ☐ I do not concur   ☐ Remand

Comments:

Chief Administrative Officer's Signature   10/11/06

### Offender's Appeal To The Director

Offender's Signature   ID#   Date

OFFICE OF INMATE ISSUES