E-FILED
Friday, 05 September, 2008  02:49:49 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.*
*Use separate sheet if needed.*

District: *CENTRAL DISTRICT OF IL*              Docket No.: *08-2010*

Division: *DANVILLE/URBANA*

### Plaintiff (Petitioner)Short CaptionDefendant (Respondent)

*EDDIE SYKES*                    v.    *BASHIR AMEJI*

-------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: *Eddie Sykes*                    Name: *Matthew Lurkins*

Firm: *R 22570*                        Firm: *HEYL ROYSTER VOELKER & ALLEN*

Address: *P. O. BOX 1700*              Address: *P. O. Box 1687*

*Galesburg, IL   61401*                *Springfield, IL  62705*

Phone:                                 Phone: *217-522-8822*

-------------------------------------------------------------------------------------------------

Judge: *MICHAEL P MCCUSKEY*           Nature of Suit Code:  *550*

Court Reporter: *LISA COSIMINI*       Date Filed in District Court:  *1/9/08*

                                      Date of Judgment: *8/28/08*

                                      Date of Notice of Appeal: *9/5/08*

Counsel:  ___Appointed        ___Retained   _X_Pro Se

Fee Status:   ___Paid     _X_Due       ___IFP       ___IFP Pending     ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes       ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA, ILLINOIS

**FILED**

SEP - 5 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA        )
                                )
                                )
             vs                 )
  _United States District_      )       CRIMINAL NO. 99CR0695201
  _Court-Central District_      )
  _of Illinois officer_                 CIVIL NO. 08-2010

NOTICE OF APPEAL

Notice is hereby given that _Eddie J. Sykes_ appeals to the United
States Court of Appeals for the Seventh Circuit from the judgment entered
on _8-28-08_ in the above case.

PREPARED BY:

JOHN M. WATERS, CLERK

U.S. DISTRICT COURT

DATE: _8-29-08_

page 3

In the United States District court
for the central District of Illinois
Peoria, Illinois            8-29-08

Eddie J. Sykes
        Plaintiff          Case No. 08-cv-2010

V.

Doctor Bashir Ameji
        Defendant

I would like to informed the court that I
was not give A fair chance on 4-8-08 I informed
chief Jude Michael P. McCuskey that I'm
indigent and yes I have made a reasonable attempt
to trying obtain counsel I wrote Attorney Steven
B. Levy, LTD on 3-28-08 I ask him could he please
look at this case for me I have not got 650 EAST
Diehl Road suite 121 naperville, IL 60563 and I
would like to informed chief Judge Michael P.
McCuskey and the court that I also wrote Attorney
Kathleen Zellner on 4-8-08 I also informed chief
Judge Michael P. McCuskey I do not competent to
litigate this case by myself I would like to Ask
the court to appoint counsel to represent me Please
because I'm not experienced at litigating myself I
need some help preparing this case this on 4-8-08
on 8-10-08 I informed cheif Judge Michael P. McCuskey
that I didn't understand the law to good I told him
that I could not read to good and spelling to good
I to him that A inmate Jail house lawyer help me
with the complain I file on 1-7-08

page 2

I als told him that A inmate help with the 9-29-d
Montion to Stike Answer to Plaintiff complaint
I was deny my Montion 3 time for counsel I believe
if I had A counsel I had A better chance
on 9-22-08 I send off Montion interrogatories
Directed to Plaintiff by Defendant Ameji, I also
Plaintiff's Response to Defendants Motion for
hiPAA Qualified Protection order/ I also sent
Plaintiffs Response to Defendants' Request for
Production of Documents. I als sent off notice
of filing



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

### OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A
CIVIL CASE BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that, upon the consent of all the parties in a civil case, the court may appoint a United States Magistrate Judge of this District, who is specially certified to conduct any or all proceedings, including trial of and the entry of a final judgment. A copy of the appropriate consent form is attached.

You should be aware that your decision to consent, or not to consent, to the disposition of your case before a United States Magistrate Judge is entirely voluntary and should be communicated to the Clerk of the Court. Only if all the parties to the case consent to the reference to a Magistrate Judge will either the District Judge or Magistrate Judge to whom the case has been assigned be informed of your decision. Neither a District Judge nor a Magistrate Judge will attempt to persuade or induce any party to consent to the reference of this case to a Magistrate Judge.

PAMELA E. ROBINSON

Clerk of Court

E-FILED
Tuesday, 08 April, 2008 09:51:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

EDDIE J. SYKES,                          )
                                         )
                    Plaintiff,           )
          v.                             )      Case No. 08-CV-2010
                                         )
DOCTOR BASHIR AMEJI,                     )
                                         )
                    Defendants.          )

## SCHEDULING ORDER

Pursuant to 28 U.S.C. § 1915A, Plaintiff's cognizable claims have been identified in a prior court order. Plaintiff has been granted leave to proceed *in forma pauperis*, and automatic monthly deductions will be made from the prisoner's trust fund account until the filing fee of $350.00 is paid in full. These payments must be collected even if Plaintiff decides not to proceed with the case or the case is otherwise dismissed. *See* 28 U.S.C. § 1915(b)(1).

**IT IS THEREFORE ORDERED** that the Clerk shall prepare for each Defendant: 1) a Notice of Lawsuit and Request for Waiver of Service of Summons; and 2) a Waiver of Service of Summons. The Clerk is directed to mail said forms, a copy of the Complaint, and this Scheduling Order to each Defendant's work address or employer address as provided by Plaintiff. If a Defendant fails to sign and return the Waiver to the Clerk within 30 days from the date said forms were sent, the Court will take appropriate steps to effect formal service on that Defendant and will require that Defendant to pay the full costs of formal service, to the extent authorized by the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, with respect to a Defendant who no longer can be found at the address provided by Plaintiff, the Correctional Center shall furnish the Clerk with the Defendant's current work address, or, if not known, the Defendant's last-known address. This information shall be used only for sending the forms as directed above, or for formally effecting service. Any documentation of the address shall be retained only by the Clerk. Address information shall not be maintained in the court file, nor disclosed by the Clerk.

**IT IS FURTHER ORDERED** that Plaintiff shall serve upon Defendants (or upon defense counsel once an appearance is entered), a copy of every further pleading or other document submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of any document was mailed to Defendants or their counsel. Any paper received by a district judge or magistrate judge that has not been filed with the Clerk or that fails to include a certificate of service will be stricken by the court.

**IT IS FURTHER ORDERED** that this cause is set for further scheduling procedures under Fed. R. Civ. P. 16 on **July 1, 2008**, at **2:30 p.m.**, before the Honorable Michael P. McCuskey. The Clerk is directed to give Plaintiff's place of confinement notice of the date and time of the conference, and to issue the appropriate process to secure the Plaintiff's presence at the conference.

**IT IS FURTHER ORDERED** that counsel for Defendants is hereby granted leave to depose Plaintiff at his place of confinement. Counsel for Defendants shall arrange the time for the deposition.

**IT IS FURTHER ORDERED** that Plaintiff immediately notify the court of any change in his mailing address and telephone number. Failure to notify the court of any change in the mailing address will result in dismissal of this lawsuit, with prejudice.

**IT IS FURTHER ORDERED** that the Clerk is to notify the parties of their option to consent to disposition of this case before a United States Magistrate Judge by providing Plaintiff with a magistrate consent form and accompanying court explanation. Upon receipt of a signed consent from Plaintiff, the Clerk is further directed to forward the consent to Defendants for consideration.

ENTERED this 8th day of April, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE

E-FILED
Wednesday, 09 January, 2008 03:37:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**

JAN - 9 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

EDDie J. Sykes
_____ )
Plaintiff )
)
)
Vs. )
)
Bashir Ameji, Linda Daily )
Mary miller, John Chambers )
Tina miles, (John Doe Steltyer) )
Jahn Doe williams) )
_____ )
Defendant(s) )

Case No.

O8-2010

## COJ\1PLAINT

☑    42 U.S.C. §1983 (suit against state officials for constitutional violations)

o    28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐    Other _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Please note: nZ!S!oiln has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, EDDie J. Sykes _____, and states as follows:

My current address is: Menard Correctional center.

P. O. 1/1 Kas Kaskia. Street, menard, Illinois 62259

The defendant Bashir Ameji , is employed as Danville Correctional center
Doctor at 3820, East main st Danville Illinois (61834)

The defendant Linda Daily , is employed as Danville Correctional center,
Registered Nurse at 3820 East main st Danville Illinois (61834)

The defendant Mary miller , is employed as Danville Correctional center
Health care Adminstrator at 3820 East main St Danville Illinois, 61834

The defendant Tina miles , is employed as Danville Correctional center
L.P.N. Nurse at 3820. East main st Danville Illinois 61834

(revised 9/96)

Defendant: Timms miles; Title: LPN

place of Employment: Danville c.c. 3820 E. main st Danville IL, 61834

Defendant: Jhohn Doe Steltyer; Title: officer

place of Employment: Danville c.c. 3820 E main st Danville. IL, 61834

Defendant: John chambers; Title: warden

Place of Employment: Danville c.c. 3820 E. main st Danville IL 61834

Defendant: John Doe Williams; Title: ASSistAnt warden

Place of Employment: Danville c.c. 3820 E. maint st Danville IL, 61834

Defendant: Fred M. Barefield; Title: Sgt.

Place of Employ ment: Danville c.c. 3820 E. maint st Danville IL, 61834

Defendant: Robert Nelson; Title: nurse

Place of Employment: Danville c.c. 3820 E. main st Danville IL, 61834

Defendant _John Doe, Steltyer_ , is employed as _Danville Correctional center officer_ at _3820. East main st Danville, Illinois 61834_

Additional defendants and addresses

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes          Ⓞ                    No    0

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in state or federal court while incarcerated?

Yes  ☑                    No    0

C.  If your answer to B is yes, how many? __ 2 __  Describe the lawsuit in the space below.. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1.  Parties to previous lawsuit:

Plaintiff(s) _____

Defendant(s) _____

_____

2.  Court (if federal court, give name of district; if state court, give name of county)

_____

3.  Docket Number/Judge

4. Basic claim made                          _Medical neglect_

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it

still pending?) _____Still pending?_____

G. Approximate date of filing of lawsuit _January 7-19-08_____

7. Approximate date of disposition

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?    Yes  ☑    No  0

B. Have you filed a grievance concerning the facts relating to this complaint?    Yes  ☑    No  0

If your answer is no, explain why not

_____

C. Is the grievance process completed?    Yes  ☑    No  0

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON*

*FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND*

*UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH*

*COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence _Danville correctional center 3820 E main St Danville IL 61834_

Date of the occurrence _8-26-06_ and _11-13-06_

Witnesses to the occurrence _Mary miller  Linda Daily . Tina miles    John Doe Steltyer_

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases Dr statutes. Number each claim in a separate paragraph. Unrelated claims*
*should be raised in a separate civil action.*
### THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

While at Stateville and 2003 Dr. Richardson diAgnosed me with A Elarged Prostate Problem and Med Tech Thompson or Thomas witnessed to Dr. Richardson tell me that I Have a Elarged Prostate Problem He also heard her tell me that She was going to write A Referred to Send me to A outside Hospital before the Problem get to Serious I was Sent A call pass 3-weeks late to go to Health care and Stateville Call Line when I got there med Tech Thompson or Thomas and A Dr. Travis was waiting for Me I ask med Tech Thompson or thomas were are Dr. Richardson He told me She ain't work here no more I ask him what about the Referral She wrote he told me that it A dead issue ain't nothing happened he said it over with that when Dr. Travis exAmined me and he told me that I didn't have A Prostate Problem and at 9-9-04 I was Transferred to Danville c.d. at which time Dr. Mary menu Also DiAgnosed me with A Significant Prostate Problem And had me exAmined at an outside Hospital the Attending physician reported negAtive results However my evacuation difficulties

4

persisted in 2005. On Mary Menu was replaced by Dr. Shoot who Also Diagnosed with A significant Prostate Problem indicating that the outside physician diagnosis was wrong at one point I was Prescribed medication that enabled me to defecate and made it easier fa urinate. Subsequently Dr. Ameji took me off that medication and prescribed medication that does not help me. I Havn't Had A decent Or proper bowel movement for over 3-weeks And I Have to force myself to urinate I Am In pain yet Dr. Ameji Does nothing But give Me A Hard time refuses to Prescribe useful medication.clIAms I Have no Prostate Problem and sent me to the Psych Doctor I went to Healthcare on 8-9-06 And 8-10-06 Dr. Ameji Refuses to take Any Action that Helps me yet 3-physicians And evacuation Problems indicate A Substantial Problem I Am Sure Dr. Ameji will make Some Statement Justifying His Position or Lack of Actions But this will no! And does not change the facts of this matter those Being 3.Prostate Problem diagnosises And defecation urination Problems please do not Allow this Problem to Persist simply by Putting creedence into the Statement or claims of the person who is being complained About Please Address And Solve this Problem, I say this because I Have Already written grievance which rendered no result And I Know of many people who are experiencing problems with this Doctor this is A Serious Problem that need to be Addressed not Just Swept under the rug.

SD428
MCC
M029 MCC#1

e. 8

On 13-06 at approximately time 9:30 Am I had a appointment to Health care to see Dr. Ameji About an ongoing Prostate Problem which numerous Doctors deem A serious Problem I Have informed Dr. Ameji About the com i cated Problems of uri atin and no bowel movement for numer ous days I ASK this Doctor for A simple over the counter DulcolAX Stool Softer which was escribed n e f that worked eat this Doctor became late. ellin don't threaten me I Am the Doctor As I Stood to leave Doctor Ameji pushed me at this time I noticed H.C.U.A mary miller so I called her to inform her of the actions of her Doctor At this time Dr. Ameji again pushed me And said you don't talk to her as I looked around I noticed L.P.N Tina miles R.N. LindA Daily L.P.N. Paula And Pharmacist stephanie and c/o Steltyer watching this horrible action take Place I have lost considerable weight And I Am constantl we a d in pain there is no possible way I could even atch the Strength of this Doctor in a pushing match why would I a Patient of possible Prostate cancer and colon cancer which test has been taken but et not etermend what's wrong with me the hand that's su bse to be hel in me in al fairness to me and ever one nvolved I lrke for all of us to take A Polygraph test fa Prove m Innocence once and for all this would include mary miller because she was right in front of us when this happened and c/o Steltyer. All I would like is medical attention to heal m achin bod on 11-26-06 I had the chance to s ook to L. N Pau a We s ke casuall About the incident which occurred at Health care on 11-13-06 where Dr. Ame f Ph si eall Assaulted me as I brought up the subject of the incide t urse ou a caught on to the question and because S t Bosfield

Continued on rever side

2:08-cv-02010-MPM-DGB  # 1  Page 9 of 14

Pge #9

was listening said I don't want to get involved with that on the 11-13-06 same day that was at Health care incident occurred Dr. Ameji assault me and I was took to segregation Dr. Ameji //edon me. Dr. Ameji wrote me a ticket for intimidation and threats this was done because I used the grievance Procedure against him And as a result was placed in segregation for a period of 2 months 2 months c-grade 2 months commissary restriction And a dicsplinary transfer And another reason why this ticket was issued against me was to cover up for the Assault and Battery that he committed against me when he pushed and Jholved me numerous times. I would like to take A Palygraph test to get to the truth.

yes I Have A Emergency grievance to      1-7-06
the warden and Danville who was John chambers
He sent the grievance to the counselor
the counselor sent fa Mary Miller Health care
Administrator I ask mary miller about the grievance
one day and She told me She give Doctor
Ameji the grievance I ask Dr. Ameji about
the grievance He said he was not tell me
nothing I wrote the grievance on 8-26-06
the grievance officers Report they got
the grievance 10-10-06 they send the grievance
back to me after they hold for So long I
Sent the grievance out to Administrative
Board after the grievance officer's deny
and Danville the Administrative Review
Board Sent the grievance back they said
it was not Submitted in the timeframe
outlined I send the original copy of the
grievance to Dorothy Brown clerk of
circuit court of cook county on the 10-18-07
ask her for her help I wrote her back
on 11-25-07 ask her about my grievance
I Have not got a respond I'm in menard
c.c and I'm still Suffering and pain I need
medical help I wrote menard trust fund
4 time ask them for A certified Print-out of
All TransAttach for my Account for the
furme over on back →

Six Months. they refuse to sent me the
Six Months they sent me A inmate
Transaction Statement for the last past
3-Month  it was two grievance I send to
Dorothy Brown

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Adequate medical treatment, I would like to be writt to an outside Hospital for the proper treatment for my condition concerning A Enlarged prostate which was DiAgnosed by four different Doctors. And r would like to be compensated for pain and Suffering, Emotional distress physical distress In compensatory damages and punitive damages to deterred them from this in the near future.

JURY DEMAND          Yes  D          No  0

Signed this __7th__ day of __January__ , 19 __08__ .

_Eddee J. Sykes_
( Signature of Plain/iff)

| Name of Plaintiff: Eddie J. Sykes | Inmate Identification Number: R22570 |
|---|---|
| Address: Menard d.d. P.O. 711 Kaskaskia street menard IL, 62259 | Telephone Number: |

6




ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: *Ayres*    *Eddie*    *R 22570*
Last Name    First Name    MI    IDe

Facility: *SHA*

☑ Grievance (Local Grievance # (if applicable): _____ )    or    - ☐  Correspondence

Received: *12  8  06*    Regarding: *Medical*
Date

The attached grievance or correspondence is being returned for the following reasons:

Additional information required:

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

Misdirected:

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GeC) to Adjustment Committee.  If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

No further redress:

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further_

☐ This office previously addressed this issue on     *l  081  l*

☐ No justification provided for additional consideration.

Other (specify): *CAO Signed 10/11/06*

Completed by: *Melody J. Eord*    *Melody J Ford*  *12,14,06*
Print Name    Signature    Date

Distribution:   Offender: Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1214)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

'OU-OU-OU

### Grievance Officer's Report

Received: 10      Date of Review: _____      Grievance # (optional)

10#: _____

ure of Grievance: _____      Medical Treatment

Is Reviewed   Inmate alleges that he has been diagnosed
a prostate problem which causes problems
_____ Amen refuses to adequately address this issue.

__, Heily, appropriate tests and treatment have been
ordered to diagnose and treat the inmates medical
issues

_____

Grievance _____
to _____ appropriate care by Medical Staff

_____

A. _____                      _____
Unit Grievance Officer's Name              Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

---

### Chief Administrative Officer's Response

Received,   10/11/06      ☑ I concur    ○ I do not concur    ○ Remand

rTinicnt,s

_____

_____ Chambers      10/11/06
Chief Administrative Officer's Signature

---

### Offender's Appeal To The Director

OFFICE OF
INMATE ISSUES

Offender's Signature      ID#      Date

**U.S. District Court**

**CENTRAL DISTRICT OF ILLINOIS**

**Notice of Electronic Filing**

The following transaction was entered on 8/28/2008 at 3:58 PM CDT and filed on 8/28/2008

| | |
|---|---|
| **Case Name:** | Sykes v. Ameji et al |
| **Case Number:** | **2:08-cv-2010** |
| **Filer:** | |
| **WARNING: CASE CLOSED on 08/28/2008** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Minute Entry for proceedings held before Chief Judge Michael P. McCuskey: Scheduling Conference held on 8/28/2008. Appearance of plaintiff pro se. Appearance for defendant by Theresa Powell. The Court has examined plaintiff's filing in Case 08-cv-0076 in Southern District of Illinois. The court that has reviewed Plaintiff's judicial admissions in that case. Now, the court on it's own motion reconsiders it's order of 3/27/08. Based on plaintiff's filings in the Southern District of Illinois, the court finds that Dr. Bashir Ameji was not deliberately indifferent to the medical needs of the plaintiff nor does his medical condition constitute a serious medical condition. Accordingly, the court finds no constitutional violation and this case is dismissed. Civil Case Terminated. Copy mailed to pro se plaintiff. (Court Reporter LC.) (KW, ilcd)**

17, APPEAL, PRISONER, PROSE, REFER, TRANSF

## U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CIVIL DOCKET FOR CASE #: 2:08-cv-02010-MPM-DGB
### Internal Use Only

Sykes v. Ameji et al
Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal
Case in other court: Peoria Division CDIL, 08-01011
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/09/2008
Date Terminated: 08/28/2008
Jury Demand: Defendant
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Eddie J Sykes**                        represented by **Eddie J Sykes**
                                                        R22570
                                                        HILL
                                                        Hill Correctional Center
                                                        Inmate Mail/Parcels
                                                        PO Box 1700
                                                        Galesburg, IL 61401
                                                        309-343-4212
                                                        PRO SE

V.

**Defendant**

**Doctor Bashir Ameji**                  represented by **Matthew Lurkins**
                                                        HEYL ROYSTER VOELKER &
                                                        ALLEN
                                                        Ste 575
                                                        One N Old State Capitol Plaza
                                                        PO Box 1687
                                                        Springfield , IL 62705
                                                        217-522-8822
                                                        Fax: 217-523-3902
                                                        Email: mlurkins@hrva.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Theresa M Powell**
                                                        HEYL ROYSTER VOELKER &
                                                        ALLEN
                                                        Ste 575
                                                        One N Old State Capitol Plaza

PO Box 1687
Springfield , IL 62705
217-522-8822
Fax: 523-3902
Email: tpowell@hrva.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Linda Daily**
*Nurse*
*TERMINATED: 03/27/2008*

**Defendant**

**Mary . Miller**
*Healthcare Administrator*
*TERMINATED: 03/27/2008*

**Defendant**

**Tina Miles**
*LPN Nurse*
*TERMINATED: 03/27/2008*

**Defendant**

**John Doe Stettyer**
*Officer*
*TERMINATED: 03/27/2008*

**Defendant**

**Warden John Chambers**
*TERMINATED: 03/27/2008*

**Defendant**

**John Doe Williams**
*Assistant Warden*
*TERMINATED: 03/27/2008*

**Defendant**

**Fred M Barefield**
*Sgt*
*TERMINATED: 03/27/2008*

**Defendant**

**Nurse Robert . Nelson**
*TERMINATED: 03/27/2008*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/09/2008 | 1 | COMPLAINT against all defendants, filed by Eddie J Sykes.(HK, ilcd) |

| | | |
|---|---|---|
| | | (Entered: 01/09/2008) |
| 01/09/2008 | <u>3</u> | Letter from US Clerk's Office requesting Prisoner Trust Fund Ledgers from Danville Correctional Center re: Eddie J. Sykes #R22570 (cc:Pla & DCC) (HK, ilcd) (Entered: 01/09/2008) |
| 01/09/2008 | <u>4</u> | Letter from US Clerk's Office requesting Prisoner Trust Fund Ledgers from Menard CC re: Eddie J. Sykes, R22570 (cc:Pla/MCC) (HK, ilcd) (Entered: 01/09/2008) |
| 01/09/2008 | <u>2</u> | PETITION TO PROCEED IN FORMA PAUPERIS by Eddie J Sykes.(ML, ilcd) Modified on 1/9/2008 to reflect Petition to Proceed In Forma Pauperis (ML, ilcd). (Entered: 01/09/2008) |
| 01/11/2008 | | TEXT ORDER entered by Judge Harold A. Baker on 1/11/08: This cause is before the court for case management. The pro se plaintiff has submitted a civil rights complaint under 42 U.S.C. § 1983. All of the claims in plaintiff's complaint stem from incidents alleged at the Danville Correctional Center in Vermillion County. In addition, the defendants are identified as employees of the Danville Correctional Center. As a purely administrative convenience, the court has divided itself into divisions and this case properly should be assigned to the Urbana Division. It is therefore ordered that this action is transferred to the United States District Court for the Central District of Illinois, Urbana Division, pursuant to 28 U.S.C. § 1404(a). (cc: plaintiff) (ML, ilcd) (Entered: 01/11/2008) |
| 01/11/2008 | | Case transferred in from Peoria Division on 01/11/2008; Old case number was 1:8-cv-1011. Case assigned to Chief Judge Michael P. McCuskey and Magistrate Judge David G. Bernthal. (VB, ilcd) (Entered: 01/14/2008) |
| 01/14/2008 | <u>5</u> | Prisoner Trust Fund Ledger on behalf of Eddie J Sykes received from Danville Correctional Center. (VB, ilcd) (Entered: 01/17/2008) |
| 01/17/2008 | <u>6</u> | Letter construed as a MOTION to Appoint Counsel by Plaintiff Eddie J Sykes. Responses due by 2/4/2008 (KW, ilcd) (Entered: 01/17/2008) |
| 01/17/2008 | <u>7</u> | Prisoner Trust Fund Ledger by Eddie J Sykes (KW, ilcd) (Entered: 01/17/2008) |
| 01/24/2008 | | TEXT ORDER Entered by Magistrate Judge David G. Bernthal on 1/24/08.Petition to Proceed In Forma Pauperis <u>2</u> is GRANTED. Pursuant to 28 U.S.C. Section 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $.87. The agency having custody of Plaintiff is directed to forward the initial partial filing fee from Plaintiff`s account to the Clerk of Court. After payment of the initial partial filing fee (or immediately if no funds are available for that payment) the agency having custody of Plaintiff is directed to make monthly payments of 20 percent of the preceding month`s income credited to Plaintiff`s account to the Clerk of Court. The agency having custody of the plaintiff shall forward these payments each time Plaintiff`s account exceeds $10, until the filing fee of $350 is paid in full. The Clerk is directed to mail a copy of this order to Plaintiff`s place of confinement, to the attention of the Trust Fund Office. (KW, ilcd) (Entered: 01/24/2008) |
| | | |

| 01/28/2008 | 8 | Letter from pro se plaintiff concerning his trust fund ledger (KW, ilcd) (Entered: 01/30/2008) |
| 01/28/2008 | 9 | Prisoner Trust Fund Ledger by Eddie J Sykes (KW, ilcd) (Entered: 01/30/2008) |
| 01/31/2008 | 10 | Letter from plaintiff to Chief Judge Michael P McCuskey and Magistrate Judge David G Bernthal re his complaint filed on 1/25/08. (VB, ilcd) (Entered: 01/31/2008) |
| 02/04/2008 | | MERIT REVIEW TEXT ORDER Entered by Chief Judge Michael P. McCuskey on 2/4/08. This case is set for merit review. The court is required by 28 U.S.C. Section 1915A to "screen" the plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." The plaintiff must be prepared to identify each of his claims and defendants during the hearing. The clerk is to notify the plaintiff's place of incarceration and to issue a writ for the plaintiff's participation in the video/telephone conference call. Merit Review Hearing set for 2/21/2008 at 2:15 PM by video conference (court to initiate conference) before Chief Judge Michael P. McCuskey. (KW, ilcd) (Entered: 02/04/2008) |
| 02/04/2008 | 11 | Video WRIT issued for pro se plaintiff for hearing on 2/21/08. Copy faxed and mailed to Concordia, Menard and pro se plaintiff. (KW, ilcd) (Entered: 02/04/2008) |
| 02/04/2008 | 12 | Prisoner Partial Filing Fee received in the amount of $ 0.87; receipt number U6229. (VB, ilcd) (Entered: 02/05/2008) |
| 02/07/2008 | 13 | Letter from pro se plaintiff (KW, ilcd) (Entered: 02/07/2008) |
| 02/15/2008 | | Prisoner Partial Filing Fee received in the amount of $.68; receipt number U 6253 (KW, ilcd) (Entered: 02/22/2008) |
| 02/21/2008 | | NOTICE OF HEARING: Due to a conflict in the Court's calendar, the Merit Review Hearing set for 2/21/2008 at 2:30 PM is RESET to 3/5/2008 at 11:15 AM by telephone (court will place call) before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 02/21/2008) |
| 02/21/2008 | 14 | WRIT of video issued for pro se plaintiff 3/5/08 at 11:15. Copy faxed and mailed to Concordia, Menard and pro se plaintiff. (KW, ilcd) (Entered: 02/21/2008) |
| 03/05/2008 | | Minute Entry for proceedings held before Chief Judge Michael P. McCuskey: Merit Review Hearing held on 3/5/2008. Appearance of plaintiff pro se. Matter taken under advisement. Order to be entered. Copy of minute entry mailed to pro se plaintiff. (Court Reporter LC.) (KW, ilcd) (Entered: 03/05/2008) |
| 03/10/2008 | 15 | Letter from pro se plaintiff informing the Court that he has filed a lawsuit in the Southern District of IL (KW, ilcd) (Entered: 03/10/2008) |

| 03/13/2008 | | Prisoner Partial Filing Fee received in the amount of $ 1.16; receipt number U6306 (VB, ilcd) (Entered: 03/13/2008) |
|---|---|---|
| 03/27/2008 | | TEXT CASE MANAGEMENT ORDER Entered by Chief Judge Michael P. McCuskey on 3/27/08. The plaintiff may proceed on his claim that the defendant, Dr. Bashir Ameji has been deliberately indifference to his serious medical needs. As the plaintiffs complaint was specific and he made no allegations in his complaint or during the merit review that the remaining defendants were deliberately indifferent to his serious medical needs, the remaining defendants are dismissed pursuant to Fed. R. Civ. Pro. Rule 12(b) (6). Any other claims not specifically set forth in this order shall not be included in the case, except at the courts discretion on motion by a party for good cause shown at the final pretrial conference, or by leave of court pursuant to Federal Rule of Civil Procedure 15. Any claims against the defendant in his official capacity are stricken. The Eleventh Amendment to the United States Constitution does not permit those claims. The case will proceed against the defendant in his individual capacities. The necessary deficiency orders are directed to be entered, if any. After the plaintiff satisfies all deficiencies, a Scheduling Order shall be entered directing service and setting a Rule 16 conference date. A copy of this Case Management Order shall be served with the Complaint and Scheduling Order. The defendants shall file an answer within the time prescribed by Local Rule. A motion to dismiss is not an answer. The answer must be considered a responsive pleading under Federal Rule of Civil Procedure 15 (a) and should include all defenses appropriate under the Federal Rules. The answer and subsequent pleadings shall be only to the issues and claims stated in this order. Linda Daily; Tina Miles; Mary. Miller; Robert. Nelson; John Doe Stettyer; John Doe Williams; Fred M Barefield and John Chambers terminated. Copy of order mailed to pro se plaintiff. (KW, ilcd) (Entered: 03/27/2008) |
| 04/03/2008 | | TEXT ORDER Entered by Chief Judge Michael P. McCuskey on 4/3/08. Before the court is s the plaintiffs motions for appointment of counsel 6 . In considering plaintiffs motion for appointment of counsel, the Court asks: (1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself? Pruitt v. Mote, 503 F.3d 647, 654-55 (7th Cir. 2007), citing Farmer v. Haas, 990 F.2d 319, 322 (7th Cir.1993). Applying this framework, the court notes that the plaintiff has not shown that he has made any attempts to find counsel on his own. As the plaintiff did not meet the first hurdle, the court need not consider the second. The plaintiffs motion 6 is denied. Copy mailed to pro se plaintiff. (KW, ilcd) (Entered: 04/03/2008) |
| 04/08/2008 | 16 | PRISONER SCHEDULING ORDER Entered by Chief Judge Michael P. McCuskey on 4/8/08. Cause set for scheduling procedures under Fed. R. Civ. P. 16. Rule 16 Scheduling Conference set for 7/1/2008 at 2:30 PM by telephone (court will place call) before Chief Judge Michael P. McCuskey.See written order. Copy mailed to pro se plaintiff. (KW, ilcd) (Entered: 04/08/2008) |
| | | |

| 04/08/2008 | 17 | REQUEST FOR WAIVER OF SERVICE and Notice of Lawsuit sent to MARY MILLER on 4/8/08. (KW, ilcd) (Entered: 04/08/2008) |
| 04/11/2008 | | Prisoner Partial Filing Fee received in the amount of $ 2.00; receipt number 24626000017. (VB, ilcd) Modified on 4/17/2008 to correct receipt number (VB, ilcd). (Entered: 04/11/2008) |
| 04/14/2008 | 18 | MOTION to Appoint Counsel by Plaintiff Eddie J Sykes. Responses due by 5/1/2008 (Attachments: # 1 Exhibit)(KW, ilcd) (Entered: 04/14/2008) |
| 04/21/2008 | 19 | AMENDED DOCUMENTS consisting of Litigation History, Parties to Previous Lawsuits, Exhaustion of Administrative Remedies, Relief Requested, and a Blank Consent to Proceed Before A United States Magistrate Judge by Eddie J Sykes. (VB, ilcd) (Entered: 04/21/2008) |
| 05/12/2008 | | Prisoner Partial Filing Fee received in the amount of $ 2.00; receipt number 24626000085. (VB, ilcd) (Entered: 05/12/2008) |
| 06/12/2008 | | Prisoner Partial Filing Fee received in the amount of $ 2.00; receipt number 24626000155 (KW, ilcd) (Entered: 06/13/2008) |
| 06/30/2008 | 20 | NOTICE of Change of Address by Eddie J Sykes; moved to Hill Correctional Center, PO Box 1700, Galesburg, IL 61401. (MT, ilcd) (Entered: 06/30/2008) |
| 06/30/2008 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 6/30/08. Before the court is the plaintiff's motion to appoint counsel 18 . Motion denied. The court notes the plaintiff says he has performed a written search for counsel by writing two attorneys; therefore the plaintiff has made a reasonable attempt to find counsel on his own. The court next considers whether the plaintiff appears competent to litigate without counsel, in light of the difficulty of the case. The plaintiff states the following federal claim: (1) Dr. Bashir Ameji has been deliberately indifferent to his serious medical needs. Upon a review of the plaintiff's submissions in the record, the court concludes that the plaintiff is competent to litigate his own case. The court notes that the plaintiff's court filings are well organized and well written. Further, his complaint 1 was found sufficient to state a claim for the alleged violations to his constitutional rights and was presented in a literate and comprehensible manner. No inference arises from the record that the plaintiff lacks the competence to conduct the relatively straightforward discovery. The court is convinced that the plaintiff is able to coherently set forth his own testimony regarding the facts of his claim. The court believes plaintiff's complaint and other documents demonstrate that he is competent to proceed pro se. The facts alleged in this case are straightforward and there is no indication that the legal issues are so complex that this plaintiff would be unable to obtain relief without appointment of counsel. In the court's opinion, the present record shows that the plaintiff has the ability to litigate his case without an attorney. His motion for appointment of counsel does not warrant a different conclusion (SLJ, ilcd) (Entered: 06/30/2008) |
| 07/01/2008 | | Minute Entry for proceedings held 7/1/08 before Chief Judge Michael P. McCuskey. Eddie J Sykes, plaintiff, appears pro se. Status Conference held. Written Order to be entered. (Court Reporter L C.) (VB, ilcd) (Entered: |

| | | 07/01/2008 |
|---|---|---|
| 07/01/2008 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 7/1/08. The clerk of the court is directed to issue a Notice of Lawsuit, etc., on the defendant Dr. Bashir Ameji, forthwith. (VB, ilcd) (Entered: 07/01/2008) |
| 07/02/2008 | 21 | REQUEST FOR WAIVER OF SERVICE and Notice of Lawsuit sent to Doctor Bashir Ameji on 7/2/08. (VB, ilcd) (Entered: 07/02/2008) |
| 07/02/2008 | 22 | REQUEST FOR WAIVER OF SERVICE and Notice of Lawsuit sent to Dr. Bashir Ameji on 7/2/08. (SLJ, ilcd) Modified on 7/2/2008 striking document. It was a duplicate of document 21. (SLJ, ilcd). (Entered: 07/02/2008) |
| 07/02/2008 | | TEXT ORDER Entered by Magistrate Judge David G. Bernthal on 7/2/08 STRIKING DOCUMENT 22 Request for Waiver of Service and Notice of Lawsuit as it is duplicative of document 21. (SLJ, ilcd) (Entered: 07/02/2008) |
| 07/21/2008 | 23 | Letter from PRO SE PLAINTIFF (Attachments: # 1 Exhibit, # 2 Exhibit) (KW, ilcd) (Entered: 07/21/2008) |
| 07/23/2008 | | TEXT ORDER Entered by Chief Judge Michael P. McCuskey on 7/23/08. A Rule 16 conference is scheduled for August 28, 2008 at 1:30 pm, via video conference. The clerk of the court is directed to issue a writ for the plaintiffs appearance. Copy mailed to pro se plaintiff. (KW, ilcd) (Entered: 07/23/2008) |
| 07/23/2008 | 24 | Personal WRIT issued for pro se plaintiff to go to IL River Correctional Center for video conference. Copy faxed and mailed to Hill and IL River and to pro se plaintiff. (KW, ilcd) (Entered: 07/23/2008) |
| 07/23/2008 | 25 | Video WRIT issued for pro se plaintiff for hearing on 8/28/08. Copy faxed and mailed to Hill and IL River Correctional Center and pro se plaintiff. (KW, ilcd) (Entered: 07/23/2008) |
| 08/05/2008 | 26 | ANSWER to 1 Complaint by Defendant Bashir Ameji.(Lurkins, Matthew) (Entered: 08/05/2008) |
| 08/05/2008 | 27 | MOTION for Protective Order *HIPAA* by Defendant Bashir Ameji. Responses due by 8/22/2008 (Attachments: # 1 Text of Proposed Order Exhibit A)(Lurkins, Matthew) (Entered: 08/05/2008) |
| 08/14/2008 | 28 | MOTION to Strike Answer by Plaintiff Eddie J Sykes. Responses due by 9/2/2008 (MT, ilcd) (Entered: 08/14/2008) |
| 08/14/2008 | 29 | MOTION to Appoint Counsel by Plaintiff Eddie J Sykes. Responses due by 9/2/2008 (MT, ilcd) (Entered: 08/14/2008) |
| 08/18/2008 | | TEXT ORDER Entered by Chief Judge Michael P. McCuskey on 8/18/08. Provided there are no meritorious objections by the defendants, the plaintiff's motion to strike the defendants answer is denied 28 . The defendants answer is their answer. The plaintiffs renewed motion for appointment of counsel 29 is denied. See the court's previous order denying the plaintiff's motion for appointment of counsel. Copy mailed to pro se plaintiff. (KW, ilcd) (Entered: |

| | | 08/18/2008) |
|---|---|---|
| 08/25/2008 | 30 | Letter from pro se plaintiff concerning his health (Attachments: # 1 Exhibit) (KW, ilcd) (Entered: 08/25/2008) |
| 08/25/2008 | | Prisoner Partial Filing Fee received in the amount of $.28; receipt number 24626000337 (KW, ilcd) (Entered: 08/26/2008) |
| 08/26/2008 | 31 | Letter from legal assistance concerning pro se plaintiff's case (KW, ilcd) (Entered: 08/26/2008) |
| 08/26/2008 | 32 | RESPONSE to Motion re 27 MOTION for Protective Order *HIPAA* filed by Plaintiff Eddie J Sykes. (KW, ilcd) (Entered: 08/26/2008) |
| 08/28/2008 | 33 | ORDER Entered by Chief Judge Michael P. McCuskey on 8/28/08. Defendant's motion for a HIPAA Qualified Protective Order 27 is granted. See written order. Copy to pro se plaintiff. (KW, ilcd) (Entered: 08/28/2008) |
| 08/28/2008 | 34 | AMENDED VIDEO WRIT issued for pro se plaintiff for hearing on 8/28/08 at 1:30 pm. Copy faxed to Concordia, IL River and mailed to pro se plaintiff. (KW, ilcd) (Entered: 08/28/2008) |
| 08/28/2008 | 35 | NOTICE of Appearance of Attorney by Theresa M Powell on behalf of Bashir Ameji (Powell, Theresa) (Entered: 08/28/2008) |
| 08/28/2008 | | Minute Entry for proceedings held before Chief Judge Michael P. McCuskey: Scheduling Conference held on 8/28/2008. Appearance of plaintiff pro se. Appearance for defendant by Theresa Powell. The Court has examined plaintiff's filing in Case 08-cv-0076 in Southern District of Illinois. The court that has reviewed Plaintiff's judicial admissions in that case. Now, the court on it's own motion reconsiders it's order of 3/27/08. Based on plaintiff's filings in the Southern District of Illinois, the court finds that Dr. Bashir Ameji was not deliberately indifferent to the medical needs of the plaintiff nor does his medical condition constitute a serious medical condition. Accordingly, the court finds no constitutional violation and this case is dismissed. Civil Case Terminated. Copy mailed to pro se plaintiff. (Court Reporter LC.) (KW, ilcd) (Entered: 08/28/2008) |
| 08/28/2008 | 36 | JUDGMENT in favor of Bashir Ameji and against Eddie J Sykes. Case dismissed. (KW, ilcd) (Entered: 08/28/2008) |
| 09/05/2008 | 37 | NOTICE OF APPEAL (No filing fee or in forma pauperis petition) by Eddie J Sykes. Appeal Record due by 9/5/2008. (KW, ilcd) (Entered: 09/05/2008) |